IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Red Door Salons, Inc.<br>　　*Plaintiff*<br><br>　　v.<br><br>Erwin Gomez, *et al.*,<br>　　*Defendants* | Civil Action No. 1:06cv00286 (GK) |

## CORPORATE DISCLOSURE
## <u>CERTIFICATE UNDER LCvR 7.1</u>

**I,** the undersigned, counsel of record for Red Door Salons, Inc., certify to the best of my knowledge and belief, that Red Door Salons, Inc. is a wholly owned subsidiary of Elizabeth Arden Spas, L.L.C. Elizabeth Arden Spas, L.L.C. is a wholly owned subsidiary of Elizabeth Arden Salon - Holdings, Inc. None of these companies has any outstanding securities in the hands of the public.

Respectfully submitted this 24th day of February, 2006.

　　　　　　　　　　　　　　　　*//s// filed electronically*
　　　　　　　　　　　　　　　　Joel L Greene
　　　　　　　　　　　　　　　　DC Bar # 192682
　　　　　　　　　　　　　　　　Jennings Strouss & Salmon, PLC
　　　　　　　　　　　　　　　　1700 Pennsylvania Ave, NW, Suite 500
　　　　　　　　　　　　　　　　Washington, D.C., 20006
　　　　　　　　　　　　　　　　202-371-9889
　　　　　　　　　　　　　　　　jgreene@jsslaw.com

　　　　　　　　　　　　　　　　*//s// filed electronically*
　　　　　　　　　　　　　　　　Stephanie Quincy (Pending admission *pro hac vice*)
　　　　　　　　　　　　　　　　Robert Youle (Pending admission *pro hac vice*)
　　　　　　　　　　　　　　　　Marcy Heronimus (Pending admission *pro hac vice*)
　　　　　　　　　　　　　　　　Sherman & Howard
　　　　　　　　　　　　　　　　1850 North Central Ave. Suite 500
　　　　　　　　　　　　　　　　Phoenix, AZ 85004
　　　　　　　　　　　　　　　　602-636-2000

　　　　　　　　　　　　　　　　Attorneys for Plaintiff Red Door Salons, Inc.