**IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
COLUMBIA**

| | |
|---|---|
| Red Door Salons, Inc.<br>    *Plaintiff*<br><br>        v.<br><br>Erwin Gomez, *et al.*,<br>    *Defendants* | Civil Action No. 1:06cv00286 (GK) |

**CERTIFICATE OF SERVICE**

　　　I hereby certify that I have this day caused a copy of the Corporate Disclosure Certificate to be served upon each defendant in this proceeding via United States Postal Service, first class mail.

　　　Dated at Washington, D.C. this 24th day of February, 2006.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ *filed electronically*
　　　　　　　　　　　　　　　　　　　　　　　Joel L. Greene
　　　　　　　　　　　　　　　　　　　　　　　DC Bar # 192682
　　　　　　　　　　　　　　　　　　　　　　　Jennings Strouss & Salmon, PLC
　　　　　　　　　　　　　　　　　　　　　　　1700 Pennsylvania Ave, NW, Suite 500
　　　　　　　　　　　　　　　　　　　　　　　Washington, D.C., 20006
　　　　　　　　　　　　　　　　　　　　　　　202-371-9889
　　　　　　　　　　　　　　　　　　　　　　　jgreene@jsslaw.com