IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Red Door Salons, Inc.<br><br>      Plaintiff,<br>v.<br><br>Erwin Gomez, *et al.*<br><br>      Defendants. | Civil Action No. 1:06CV00286<br>GK<br><br>APPLICATION FOR ADMISSION<br>*PRO HAC VICE* |

   Pursuant to LCvR 83.2(d) of the Rules of the United States District Court for the District of Columbia, I hereby apply to appear as counsel *pro hac vice* for Plaintiff, Red Door Salons, in the above case and, under penalty of perjury, state the following:

   (1) That my full name and contact information is as follows:

> Stephanie J. Quincy
> Sherman & Howard, L.L.C.
> 1850 North Central Ave, Suite 500
> Phoenix, AZ 85004
> Tel: (602) 636-2008
> Email: squincy@sah.com

   (2) That I am a member in good standing of the highest court of the States of Arizona, Missouri and Colorado;

   (3) That there are no disciplinary complaints pending against me for violation of the rules of the courts of that state;

   (4) That I have not been suspended or disbarred for disciplinary reasons from practice in any court;

(5) That I have not been admitted *pro hac vice* in this Court in the past two years;

(6) That I do not practice or hold out to practice law in the District of Columbia;

(7) This motion is sponsored by the following member in good standing of the Bar of this Court;

>Joel L. Greene
>DC Bar # 192682
>Jennings, Strouss & Salmon, P.L.C.
>1700 Pennsylvania Ave, NW
>Suite 500
>Washington, D.C., 20006

Dated: February 17, 2006

>*[signature]*
>Stephanie J. Quincy, Esq.
>AZ Bar # 014009
>Sherman & Howard, L.L.C.
>1850 North Central Ave, Suite 500
>Phoenix, AZ 85004
>Tel: (602) 636-2008
>Email: squincy@sah.com

>*[signature]*
>Joel L. Greene, Esq.
>DC Bar # 192682
>Jennings, Strouss & Salmon, P.L.C.
>1700 Pennsylvania Ave, NW
>Suite 500
>Washington, D.C., 20006
>Tel: (202) 371-9889
>Email: jgreene@jsslaw.com