**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Red Door Salons, Inc.<br>　　*Plaintiff*<br><br>　　　v.<br><br>Erwin Gomez, *et al.*,<br>　　*Defendants* | Civil Action No. 1:06cv00286 (GK) |

**CERTIFICATE OF SERVICE**

　　I hereby certify that I have this day caused a copy of the Applications for Admission *Pro Hac Vice* to be served upon the individuals below via United States Postal Service, first class mail.

　　Erwin Gomez
　　25105 Vista Ridge Road
　　Laytonsville, MD 20882

　　James Packard-Gomez
　　25105 Vista Ridge Road
　　Laytonsville, MD 20882

　　GoPac Industries
　　c/o James Packard
　　25105 Vista Ridge Road
　　Laytonsville, MD 20882

Dated at Washington, D.C. this 28th day of February, 2006.

　　　　　　　　　　　　　　　　　　　　　　　／s／ *filed electronically*
　　　　　　　　　　　　　　　　　　　　　　Joel L. Greene
　　　　　　　　　　　　　　　　　　　　　　DC Bar # 192682
　　　　　　　　　　　　　　　　　　　　　　Jennings Strouss & Salmon, PLC
　　　　　　　　　　　　　　　　　　　　　　1700 Pennsylvania Ave, NW, Suite 500
　　　　　　　　　　　　　　　　　　　　　　Washington, D.C., 20006
　　　　　　　　　　　　　　　　　　　　　　202-371-9889
　　　　　　　　　　　　　　　　　　　　　　jgreene@jsslaw.com