**IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
COLUMBIA**

Red Door Salons, Inc.
        *Plaintiff*

                                                Civil Action No. 1:06cv00286 (GK)

        v.

Erwin Gomez, *et al.*,
        *Defendants*

**CERTIFICATE OF SERVICE**

        I hereby certify that I have this day caused a copy of the Applications for
Admission *Pro Hac Vice* to be served upon the individuals below via United States Postal
Service, first class mail.

        Erwin Gomez
        25105 Vista Ridge Road
        Laytonsville, MD 20882

        James Packard-Gomez
        25105 Vista Ridge Road
        Laytonsville, MD 20882

        GoPac Industries
        c/o James Packard
        25105 Vista Ridge Road
        Laytonsville, MD 20882

Dated at Washington, D.C. this 28th day of February, 2006.

                                         /s/  *filed electronically*
                                        Joel L. Greene
                                        DC Bar # 192682
                                        Jennings Strouss & Salmon, PLC
                                        1700 Pennsylvania Ave, NW, Suite 500
                                        Washington, D.C., 20006
                                        202-371-9889
                                        jgreene@jsslaw.com