IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Red Door Salons,<br><br>　　　　　　Plaintiff,<br>v.<br><br>Erwin Gomez, *et al.*<br><br>　　　　　　Defendants. | Civil Action No. 1:06CV00286 GK<br><br>**APPLICATION FOR ADMISSION *PRO HAC VICE*** |

　　　　Pursuant to LCvR 83.2(d) of the Rules of the United States District Court for the District of Columbia, I hereby apply to appear as counsel *pro hac vice* for Plaintiff, Red Door Salons, in the above case and, under penalty of perjury, state the following:

　　　　(1) That my full name and contact information is as follows:

> Marcy M. Heronimus
> Sherman & Howard, L.L.C.
> 633 Seventeenth Street
> Suite 3000
> Denver, Co. 80202-0940
> Tel: (303) 297-2900
> Email: mheronim@sah.com

　　　　(2) That I am a member in good standing of the highest court of the State of Colorado;

　　　　(3) That there are no disciplinary complaints pending against me for violation of the rules of the courts of that state;

　　　　(4) That I have not been suspended or disbarred for disciplinary reasons from practice in any court;

(5) That I have not been admitted *pro hac vice* in this Court in the past two years;

(6) That I do not practice or hold out to practice law in the District of Columbia;

(7) This motion is sponsored by the following member in good standing of the Bar of this Court;

>Joel L. Greene
>DC Bar # 192682
>Jennings, Strouss & Salmon, P.L.C.
>1700 Pennsylvania Ave, NW
>Suite 500
>Washington, D.C., 20006

Dated: February 21, 2006

>*[signature]*
>Marcy M. Heronimus, Esq.
>CO Bar # 28669
>Sherman & Howard, L.L.C.
>633 Seventeenth Street
>Suite 3000
>Denver, Co. 80202-0940
>Tel: (303) 297-2900
>Email: mheronim@sah.com
>
>*[signature]*
>Joel L. Greene, Esq.
>DC Bar #192682
>Jennings, Strouss & Salmon, P.L.C.
>1700 Pennsylvania Ave, NW
>Suite 500
>Washington, D.C., 20006
>Tel: (202) 371-9889
>Email: jgreene@jsslaw.com