UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Red Door Salons, Inc.<br><br>     Plaintiff,<br><br>v.<br><br>Erwin Gomez, *et al.*<br><br>     Defendants. | **Civil Action No. 1:06CV00286 GK** |

**ORDER**

Upon review and consideration of the Motions for Admission *Pro Hac Vice* of Robert E. Youle, Stephanie J. Quincy, and Marcy M. Heronimus, it is this _____ day of _____, 2006, hereby

**ORDERED** that the motions are GRANTED; and it is further

**ORDERED** that Robert E. Youle, Stephanie J. Quincy and Marcy M. Heronimus are permitted to represent Plaintiff Red Door Salons and to participate in any proceedings in the above-captioned matter; and it is further

**ORDERED** that Robert E. Youle, Stephanie J. Quincy and Marcy M. Heronimus shall familiarize themselves with the Local Rules in conjunction with their appearance in the above-captioned cases.

  **SO ORDERED.**

                  _____
                  United States District Judge