IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Red Door Salons, Inc.

               Plaintiff,

v.

Erwin Gomez, *et al.*

               Defendants.

Civil Action No. 1:06cv00286 (GK)

**APPLICATION FOR ADMISSION**
***PRO HAC VICE***

Pursuant to LCvR 83.2(d) of the Rules of the United States District Court for the District of Columbia, I hereby apply to appear as counsel *pro hac vice* for Plaintiff, Red Door Salons, in the above case and, under penalty of perjury, state the following:

(1) That my full name and contact information is as follows:

    Robert Vaught
    AZ Bar # 020717
    Sherman & Howard, L.L.C.
    1850 North Central Ave, Suite 500
    Phoenix, AZ 85004
    Tel: (602) 636-2008
    Email: rvaught@sah.com

(2) That I am a member in good standing of the highest court of the State of Arizona;

(3) That there are no disciplinary complaints pending against me for violation of the rules of the courts of that state;

(4) That I have not been suspended or disbarred for disciplinary reasons from practice in any court;

(5) That I have not been admitted *pro hac vice* in this Court in the past two years;

(6) That I do not practice or hold out to practice law in the District of Columbia;

(7) This motion is sponsored by the following member in good standing of the Bar of this Court;

>Joel L. Greene
>DC Bar # 192682
>Jennings, Strouss & Salmon, P.L.C.
>1700 Pennsylvania Ave, NW
>Suite 500
>Washington, D.C., 20006

Dated: March 1, 2006

Robert Vaught, Esq.
AZ Bar # 020717
Sherman & Howard, L.L.C.
1850 North Central Ave, Suite 500
Phoenix, AZ 85004
Tel: (602) 636-2008
Email: rvaught@sah.com

Joel L. Greene, Esq.
DC Bar # 192682
Jennings, Strouss & Salmon, P.L.C.
1700 Pennsylvania Ave, NW
Suite 500
Washington, D.C., 20006
Tel: (202) 371-9889
Email: jgreene@jsslaw.com