UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Red Door Salons, Inc.<br><br>              Plaintiff,<br><br>v.<br><br>Erwin Gomez, *et al.*<br><br>              Defendants. | **Civil Action No. 1:06CV00286 GK** |

**ORDER**

Upon review and consideration of the Motion for Admission *Pro Hac Vice* of Robert Vaught, it is this _____ day of _____, 2006, hereby

**ORDERED** that the motion is GRANTED; and it is further

**ORDERED** that Robert Vaught is permitted to represent Plaintiff Red Door Salons and to participate in any proceedings in the above-captioned matter; and it is further

**ORDERED** that Robert Vaught shall familiarize himself with the Local Rules in conjunction with his appearance in the above-captioned cases.

**SO ORDERED.**

_____
United States District Judge