# AFFIDAVIT OF PROCESS SERVER

| United States District Court | County of | State of District Of Columbia |
|---|---|---|

**Red Door Salons, Inc.**

    Plaintiff

vs.

**Erwin Gomez**

    Defendant

Attorney:

Jennings, Strouss & Salmon, P.L.C.
1700 Pennsylvania Ave., Suite 500
Washington, DC. 20006

Case Number: 1:06CV00286

Court Date:
Court Time:

Legal documents received by Same Day Process Service on February 16th, 2006 at 12:30 PM to be served upon **Erwin Gomez at 1519 Wisconsin Ave., NW, Washington, DC. 20007**

I, B. Tony Snesko, swear and affirm that on **February 16th, 2006 at 12:40 PM**, I did the following:

**Individually** Served **Erwin Gomez** the person listed as the intended recipient of the legal document with a conformed copy of this **Summons and Complaint**.

**Supplemental Data Appropriate to this Service:**

I declare that I am eighteen years of age or older and have no interest in the above legal matter. I attest that I am certified, appointed by sheriff or motion and order and that I am legally authorized to serve court documents within the above named circuit / county.

*/s/ B. Tony Snesko*

B. Tony Snesko
Process Server

Same Day Process Service
1322 Maryland Ave., NE
Washington, DC 20002

(202) 398-4200

Internal Job ID: 0000000202

Copyright 2005 Process Server Central, LLC. All rights reserved.

# AFFIDAVIT OF PROCESS SERVER

**United States District Court**                          **State of District Of Columbia**

Red Door Salons, Inc.                                     Attorney:

    Plaintiff                         Jennings, Strouss & Salmon, P.L.C.
                                                          1700 Pennsylvania Ave., Suite 500
vs.                                                       Washington, DC. 20006

Erwin Gomez

    Defendant


Case Number: 1:06CV00286                                  Court Date:
                                                          Court Time:


Legal documents received by Same Day Process Service on February 16th, 2006 at 12:30 PM to be served upon Gopac Industries at 1519 Wisconsin Ave., NW, Washington, DC. 20007

I, Brandon A. Snesko, swear and affirm that on February 24th, 2006 at 4:05 PM, I did the following:

Served the corporation listed as the intended recipient of the legal documents by delivering a conformed copy of the Summons and Complaint to Melanie Henderson as Authorized Agent of the within named corporation.

**Description of Person Accepting Service:**
Sex: Female   Age: 30   Height: 5'7   Weight: 140   Skin Color: Black   Hair Color: Black   Glasses:

**Supplemental Data Appropriate to this Service:**




I declare that I am eighteen years of age or older and have no interest in the above legal matter. I attest that I am certified, appointed by sheriff or motion and order and that I am legally authorized to serve court documents within the above named circuit / county.


Brandon A. Snesko
Process Server

Same Day Process Service
1322 Maryland Ave., NE
Washington, DC 20002

(202) 398-4200

Internal Job ID: 0000000204

Copyright 2005 Process Server Central, LLC. All rights reserved.