# AFFIDAVIT OF PROCESS SERVER

United States District Court                    District Of Columbia

**Red Door Salons, Inc.**                                Attorney:

    Plaintiff                                    Jennings, Strouss & Salmon, P.L.C.
                                                 1700 Pennsylvania Ave., Suite 500
vs.                                              Washington, DC. 20006

**Erwin Gomez**

    Defendant

**Case Number:** 1:06CV00286                     **Court Date:**
                                                 **Court Time:**

Legal documents received by Same Day Process Service on February 16th, 2006 at 12:30 PM to be served upon **James Packard at 1519 Wisconsin Ave., NW, Washington, DC. 20007**

I, Brandon A. Snesko, swear and affirm that on **March 01st, 2006 at 10:40 AM**, I did the following:

**Substitute** Served by leaving a conformed copy of this **Summons and Complaint** at the within named person's usual place of business, to a person in charge therein who is at least 18 years of age or older to wit: **Erwin Gomez,** and informing that person of the contents of the documents.

**Supplemental Data Appropriate to this Service:**




I declare that I am eighteen years of age or older and have no interest in the above legal matter. I attest that I am certified, appointed by sheriff or motion and order and that I am legally authorized to serve court documents within the above named circuit / county.

*[signature]*

**Brandon A. Snesko**
Process Server

**Same Day Process Service**
1322 Maryland Ave., NE
Washington, DC 20002

(202) 398-4200

Internal Job ID: 0000000203

Copyright 2005 Process Server Central, LLC. All rights reserved.