UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Red Door Salons Inc.,<br><br>　　　　　　Plaintiff,<br>v.<br><br>Erwin Gomez, an individual,<br>James Packard-Gomez, an individual,<br>GoPac Industries Inc. d/b/a Erwin Gomez<br>Salon and Spa, a Maryland Corporation,<br><br>　　　　　　Defendants. | **Civil Action No. 1:06CV00286(GK)** |

## EXPEDITED DISCOVERY ORDER

The Court, having considered Plaintiff Red Door Salons, Inc.'s, Motion for Expedited Discovery and good cause appearing,

**IT IS ORDERED** that that the following discovery may be conducted immediately, under the terms and conditions set forth below:

1. The parties may serve Requests for Production of Documents pursuant to Fed. R. Civ. P. 34. The parties shall respond to Requests for Production of Documents within ten (10) business days after they are hand-delivered or faxed between 8:00 a.m. and 5:00 p.m. E.S.T. on regular business days.

2. The parties may serve no more than ten (10) Interrogatories pursuant to Fed. R. Civ. P. 33. The parties shall respond to Interrogatories within ten (10) business days after they are hand-delivered or faxed between 8:00 a.m. and 5:00 p.m. E.S.T. on regular business days.

3. The parties may serve no more than ten (10) Requests for Admission pursuant to Fed. R. Civ. P. 36. The parties shall respond to Requests for Admissions within ten (10)

business days after they are hand-delivered or faxed between 8:00 a.m. and 5:00 p.m. E.S.T. on regular business days.

4.      Depositions, including those requiring the production of documents and tangible things, may be scheduled on or after March 10, 2006, upon five (5) business days notice made by hand-delivery or faxed service of a Notice of Deposition between 8:00 a.m. and 5:00 p.m. E.S.T. on regular business days.

5.      Inspections, including those conducted by an electronic data expert retained by Red Door, may be conducted upon forty-eight (48) hours notice, to access, inspect and electronically copy all computer software and all data stored on any computer system or computer storage medium that is owned, operated or maintained by any Defendant, including home office computers. Parties and their counsel are permitted to be present during said inspections.

DATED this _____ day of March, 2006.


_____
Gladys Kessler
United States District Court Judge