UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Red Door Salons Inc.,

            Plaintiff,

v.

Erwin Gomez, an individual,
James Packard-Gomez, an individual,
GoPac Industries Inc. d/b/a Erwin Gomez
Salon and Spa, a Maryland Corporation,

            Defendants.

Civil Action No. 1:06CV00286 (GK)

## PLAINTIFF'S MOTION FOR EXPEDITED BRIEFING ON ITS MOTION FOR EXPEDITED DISCOVERY

Plaintiff Red Door Salons, Inc. (hereinafter, "Red Door") respectfully asks the Court to enter an Order requiring expedited briefing on Red Door's Motion for Expedited Discovery (hereinafter, "Red Door's Motion").

As set forth in Red Door's Motion, expedited discovery is necessary to determine the full extent and impact of Defendants' conduct, and to prevent further harm to Red Door. Pursuant to Fed. R. Civ. P. 26(d), Red Door cannot conduct this necessary discovery on an expedited basis absent Court Order. The requested Order cannot be entered until the parties have completely briefed Red Door's Motion.

On March 7, 2006, Plaintiff's counsel faxed and mailed via Federal Express a complete copy of Red Door's Motion to Stephen J. O'Connor, Esq., and David C. Tobin, Esq. Although Defendants have not yet made a formal appearance, Mr. O'Connor and Mr. Tobin have advised that they will represent all Defendants in this matter.

For the foregoing reasons, Red Door respectfully asks the Court to enter the proposed Order requiring expedited briefing on Red Door's Motion.

DATED this 7th day of March, 2006.

SHERMAN & HOWARD, LLC

By: /s/ Stephanie J. Quincy
Stephanie J. Quincy (Admitted Pro Hac Vice)
Robert G. Vaught (Admitted Pro Hac Vice)
1850 North Central Ave., Suite 500
Phoenix, Arizona 85004
Telephone: (602) 636-2008
squincy@sah.com

Joel L. Green (192682)
Jennings, Strouss & Salmon, P.L.C.
1700 Pennsylvania Ave., N.W.
Suite 500
Washington, D.C. 20006
Telephone: (202) 371-9889

Attorneys for Plaintiff Red Door Salons, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this __7__ day of March, 2006, I electronically transmitted the foregoing to the Clerk's office using the CM/ECF System for filing.

Copies of the foregoing have been sent this date via Facsimile and Federal Express to the following:

David C. Tobin, Esq.
Stephen J. O'Connor, Esq.
TOBIN, O'CONNOR, EWING & RICHARD
5335 Wisconsin Avenue N.W., Suite 700
Washington, D.C.  20015

_____