UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Red Door Salons Inc., <br><br> Plaintiff, <br> v. <br><br> Erwin Gomez, an individual, <br> James Packard-Gomez, an individual, <br> GoPac Industries Inc. d/b/a Erwin Gomez <br> Salon and Spa, a Maryland Corporation, <br><br> Defendants. | **Civil Action No. 1:06CV00286(GK)** |

## ORDER

The Court, having considered Plaintiff Red Door Salons, Inc.'s, Motion for Expedited Briefing on Its Motion for Expedited Discovery and good cause appearing, it is hereby

**ORDERED** that Defendants' Response to Plaintiffs' Motion for Expedited Discovery shall be due on or before March 14, 2006. Defendants' shall fax a copy of their Response to Plaintiff's counsels' office before 5:00 p.m., E.S.T. on March 14, 2006.

**IT IS FURTHER ORDERED** that Plaintiff's Reply, if any, shall be due on or before March 17, 2006. Plaintiff shall fax a copy of its Reply to Defense counsels' office before 5:00 p.m. E.S.T. on March 17, 2006.

DATED this _____ day of March, 2006.

_____
Gladys Kessler
United States District Court Judge