Elizabeth Arden
red door salon & spa

MARIO TRICOCI

FORM HR-25

# Employment Agreement

(Non Exempt)

EMPLOYMENT AGREEMENT between Elizabeth Arden Spas, LLC (the "Company") and

NAME *(First, MI, Last):* **Nikia R Cooper**

This agreement describes the terms and conditions of your employment with Elizabeth Arden Spas, LLC. The Company policies are summarized in the Employee Orientation Handbook.

## 1. INTRODUCTION

a. Your employment date (start date) is: **4/12/04**

b. Your position title is: **nail specialist**

c. In addition to the essential job duties for this position, you may be required to perform other/additional duties as necessary to meet the needs of the business.

d. Your place of work is the Spa/Salon (or other facility) located in *(city/state):* **Washington DC**

## 2. COMPENSATION

a. Base Pay:    Your starting pay will be: $ **9.—** per hour *(payable bi-weekly).*

b. Commission Pay (If applicable):

   (1) *Service Sales:*  Base Pay *(above)*   vs. **45** %   for the following services:

   (Check all that apply)   Hair____   Nail ✓   Facial____   Waxing____   Body____   Massage____

   (2) *Retail Sales:*  Base Pay *plus:*

   Cosmetics **5** %   HairProducts/Other **10** %   Wigs____ %   Bath/Body **5** %

## 3. RESTRICTIONS

a. During your employment with the Company, you shall not either alone or jointly, carry on or be engaged in or concerned with any other hair, beauty or nail services company or business, as an employee, owner, shareholder (except you may own less than 5% of a publicly traded company) or consultant without first having obtained the written consent of your General Manager. In accordance with the Company's Conflict of Interest Policy, you shall avoid any situations that create an actual or potential conflict between your personal or business interests and the interests of the Company in dealing with suppliers, customers and other organizations or individuals doing or seeking to do business with the company. Both the fact and the appearance of a conflict should be avoided.

b. Freelance home hairdressing or beauty services:
It is against Company Policy for you to receive remuneration away from the Company's salon premises for those [who] are employed by the Company to provide to the Company's clients. Any service provider (hairdresser, est[hetician], technician, etc.) who does hair services or beauty therapy at their home or elsewhere outside the Company's salo[n] for his or her services is in breach of the Company's Rules and Regulations. Attempting to steer or induce cli[ents] hair or beauty services at their home, your home or anywhere other than the Company's salon, or any attempt [to] another hairdressing or beauty salon is a violation of Company Rules and Regulations.

EXHIBIT 1

c. During your employment and for six (6) months after termination of your employment, for whatever reason, you shall not: Either directly or indirectly solicit, divert or recruit any employee of the Company to become employed, directly or indirectly, by any firm, company or person engaged in the hairdressing, beauty services or nail services business.

d. For the terms of your employment and for four (4) months after the termination of your employment with the Company for whatever reason, you shall not directly or indirectly render hair, beauty, nail or other services ordinarily provided by a Company salon, to or for any person, firm, corporation directly or indirectly involved in the provision of such services within three (3) miles of the salon location where you were employed as is designated by Company guidelines without the prior written consent of the Company, which consent may be granted in the Company's sole discretion.

Any violation of the terms of this policy may cause irreparable harm to the Company and will entitle the Company to injunctive relief in any court having jurisdiction, as well as entitlement to damages caused to the business of the Company and legal costs involved in protecting the Company's rights under this agreement.

### 4. CONFIDENTIALITY

a. You will not, without the prior written consent of the Company, during or at any time after the period of your employment with the Company, use for yourself or others or disclose to others, any secret or confidential information you obtained as a result of your employment with the Company.

b. You acknowledge that the clientele of the salon shall at all times remain exclusively the Company's clientele, and understand that all lists, records and information concerning the customers, clients and staff are property of the Company.

c. Any unauthorized disclosure of client names, telephone numbers and addresses, or other confidential company information may be grounds for termination of the employment agreement.

d. If your employment is terminated of for any reason, you shall immediately deliver to the Company all documents (including all copies) containing or relating to any secret or confidential information of the Company, including client lists, permanent wave cards, color formulas, appointment books, personal and business records, as well as other Company property.

### 5. REMEDIES

a. I acknowledge that: (i) the separate and distinct promises contained in this agreement are reasonable and necessary in order to protect the Company's legitimate business interests; (ii) any violation would result in irreparable injury to the Company, and; (iii) the enforcement of a remedy by way of injunction would not prevent me from earning a living. In the event the Company incurs expenses to retain attorneys to enforce this agreement, I promise to pay all costs, court costs, fees and expenses or enforcement, including actual attorneys fees, whether or not litigation is commenced.

### 6. ENTIRE AGREEMENT

This agreement contains the entire agreement of the parties. It may not be changed orally, but only by an agreement in writing signed by the party against whom enforcement of any waiver, change, modification, extension, or discharge is sought.

The terms and provisions of this Agreement are severable, and if any court of competent jurisdiction determines that any particular word, phrase, term or provision in this Agreement is invalid and unenforceable, it may rewrite that word, phrase, term or provision to the minimum extent necessary to make it valid and enforceable. If such a revision is not possible, then the court may strike the offending word, phrase, term or provision without affecting the remaining provisions of the Agreement which shall remain in full force and effect.

Your signature on this form indicates you have read and understand the Company policies and agree to be bound as such. You agree to the requirements contained in this agreement which remain in effect following your termination of employment with the Company.

| Employee Signature | *MR Cooper* | Date | 4/16/04 |

| Manager Signature | | | |

| Senior Vice President* | | | |

*Signature may be required. (Refer to Company guidelines.)   Form HR 25 (Rev. 11/03)