## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RED DOOR SALONS, INC.,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | Case No.: 1:06CV00286 |
| : | Judge Gladys Kessler |
| **ERWIN GOMEZ, et al.,** : | Deck Type: Contract |
| : | |
| **Defendants.** : | |

### ORDER

Upon consideration of Defendant GoPac Industries, Inc.'s Motion To Dismiss in Part, and any opposition thereto, it is this _____ day of _____, 2006, hereby

ORDERED, that Defendant GoPac Industries, Inc.'s Motion To Dismiss in Part be, and hereby is, GRANTED; and it is further

ORDERED, that Count III of the Complaint be DISMISSED.

_____
Judge Gladys Kessler

Copies to:

David C. Tobin, Esq.
Ziad Haddad, Esq.
Tobin, O'Connor, Ewing & Richard
5335 Wisconsin Ave., N.W., Suite 700
Washington, D.C. 20015

Joel L. Greene, Esq.
Jennings, Strouss & Salmon, P.L.C.
1700 Pennsylvania Avenue, N.W., Suite 500
Washington, D.C. 20006

Stephanie J. Quincy, Esq.
Robert E. Youle, Esq.
Sherman & Howard, L.L.C.
1850 North Central Avenue, Suite 500
Phoenix, Arizona 85004