UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Red Door Salons Inc.,

               Plaintiff,

vs.

Erwin Gomez, an individual,
James Packard-Gomez, an individual,
GoPac Industries Inc. d/b/a Erwin Gomez
Salon and Spa, a Maryland Corporation,

               Defendants.

Civil Action No. 1:06CV00286 (GK)

## NOTICE OF WITHDRAWAL OF AFFIDAVIT OF PROCESS SERVER

Plaintiff Red Door Salons, Inc., hereby gives notice that it withdraws the "Affidavit of Process Server" filed by Same Day Process Service on March 6, 2006 (Doc. # 10).

DATED this 24th day of March, 2006.

SHERMAN & HOWARD, LLC

By _____
Stephanie J. Quincy, Esq. (Admitted Pro Hac Vice)
Robert G. Vaught, Esq. (Admitted Pro Hac Vice)
1850 North Central Ave., Suite 500
Phoenix, Arizona 85004
Telephone: (602) 636-2008
squincy@sah.com

Joel L. Green, Esq. (192682)
Jennings, Strouss & Salmon, P.L.C.
1700 Pennsylvania Ave., N.W., Suite 500
Washington, D.C. 20006
Telephone: (202) 371-9889

Attorneys for Plaintiff Red Door Salons, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 24 day of March, 2006, I electronically transmitted the foregoing to the Clerk's office using the CM/ECF System for filing. A copy of the foregoing has been sent this date via the CM/ECF System to the following:

David C. Tobin, Esq.
Ziad P. Haddad, Esq.
TOBIN, O'CONNOR, EWING & RICHARD
5335 Wisconsin Avenue N.W., Suite 700
Washington, D.C. 20015

*[Signature]*

2