UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Red Door Salons Inc., <br><br> Plaintiff, <br> v. <br><br> Erwin Gomez, an individual, <br> James Packard-Gomez, an individual, <br> GoPac Industries Inc. d/b/a Erwin Gomez Salon and Spa, a Maryland Corporation, <br><br> Defendants. | Civil Action No. 1:06CV00286(GK) |

## PLAINTIFF'S PROPOSED SCHEDULING ORDER

Pursuant to the Court's March 9, 2006 Order Setting Initial Scheduling Conference, and Fed. R. Civ. P. 16(b), Plaintiff, Red Door Salons, Inc. ("Red Door") hereby submits the following Proposed Scheduling Order.

**I.  DEADLINE FOR JOINING PARTIES AND AMENDING PLEADINGS.**

April 17, 2006.

**II.  DISPOSITIVE MOTION DEADLINE.**

June 21, 2006.

**III.  DISCOVERY DEADLINE.**

June 6, 2006.

**IV.  TIMING OF DISCLOSURE.**

Red Door does not request any changes to the timing for disclosures as provided in the Federal Rules of Civil Procedure.

V.  **DATES FOR PRETRIAL CONFERENCE AND TRIAL**.

The Pretrial Conference will be held on August 11, 2006. The Court will set a trial date at the Pretrial Conference.

VI. **OTHER DEADLINES**.

A. Expert Disclosure Deadline: Simultaneous disclosure by May 8, 2006 with rebuttal experts, if necessary, disclosed by May 22, 2006.

DATED this _____ day of _____, 2006.

_____
Gladys Kessler
United States District Court Judge