IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **RED DOOR SALONS, INC.,** | : | |
| **Plaintiff,** | : | |
| v. | : | Case No.: 1:06CV00286 |
| | : | Judge Gladys Kessler |
| **ERWIN GOMEZ, et al.,** | : | |
| **Defendants.** | : | |

## DEFENDANTS' PROPOSED SCHEDULING ORDER

The parties having met and submitted their Joint Meet and Confer statement, and the parties having attended the Scheduling Conference on April 7, 2006, it is, pursuant to Rule 16.3(d) of the Local Rules, ORDERED that that the following schedule shall govern this case:

| | |
|---|---|
| Deadline to add parties or amend pleadings: | April 17, 2006 |
| Deadline to Exchange Witness Lists | May 8, 2006 |
| Deadline for Post-R.26(a) Discovery Requests | May 22, 2006 |
| Proponent's R.26(a)(2) Statements | June 6, 2006 |
| Opponent's R.26(a)(2) Statements | July 6, 2006 |
| Rebuttal R.26(a)(2) Statements | July 20, 2006 |
| Discovery Closed | August 7, 2006 |
| Motions Deadline | September 5, 2006 |
| Pre-Trial Conference | October 4 – November 3, 2006 |

**SO ORDERED, this \_\_\_ day of April, 2006**

                                                          _____
Hon. Gladys Kessler
United States District Judge

<u>Copies to</u>:

David C. Tobin, Esq.
Ziad Haddad, Esq.
Tobin, O'Connor, Ewing & Richard
5335 Wisconsin Ave., N.W., Suite 700
Washington, D.C. 20015

Joel L. Greene, Esq.
Jennings, Strouss & Salmon, P.L.C.
1700 Pennsylvania Avenue, N.W., Suite 500
Washington, D.C. 20006

Stephanie J. Quincy, Esq.
Robert E. Youle, Esq.
Sherman & Howard, L.L.C.
1850 North Central Avenue, Suite 500
Phoenix, Arizona 85004