# AFFIDAVIT OF PROCESS SERVER

| United States District Court | District Of Columbia |
|---|---|
| **Red Door Salons, Inc.** | Attorney: |
| Plaintiff | Jennings, Strouss & Salmon, P.L.C. |
| vs. | 1700 Pennsylvania Ave., Suite 500 |
|  | Washington, DC. 20006 |
| **Erwin Gomez** |  |
| Defendant |  |

Case Number: 1:06CV00286

Court Date:
Court Time:

Legal documents received by Jennings, Strouss & Salmon, P.L.C. on March 21st, 2006 at 2:00 PM to be served upon **James Packard at 1519 Wisconsin Ave., NW, Washington, DC. 20007**

I, Brandon A. Snesko, swear and affirm that on **April 01st, 2006 at 11:00 AM**, I did the following:

**Individually** Served **James Packard** the person listed as the intended recipient of the legal document with a conformed copy of this **Summons; Complaint; Civil Cover Sheet; Order**.

**Description of Person Accepting Service:**
Sex: Male   Age: 37   Height: 6'0   Weight: 175   Skin Color: White   Hair Color: Dirty Blonde   Glasses: N

**Supplemental Data Appropriate to this Service:**

I declare that I am eighteen years of age or older and have no interest in the above legal matter. I attest that I am certified, appointed by sheriff or motion and order and that I am legally authorized to serve court documents within the above named circuit / county.

_____
Brandon A. Snesko
Process Server

Jennings, Strouss & Salmon, P.L.C.
1700 Pennsylvania Ave., Suite 500
Washington, DC 20006

(202) 371-9889

Internal Job ID: 0000000309

Copyright 2005 Process Server Central, LLC. All rights reserved.