IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| RED DOOR SALONS, INC., | : | |
| Plaintiff, | : | |
| v. | : | Case No.: 1:06CV00286 |
| | : | Judge Gladys Kessler |
| ERWIN GOMEZ, et al., | : | |
| Defendants. | : | |

## STATEMENT OF THE CASE OF DEFENDANTS ERWIN GOMEZ AND GOPAC INDUSTRIES, INC.

Erwin Gomez is an internationally-renowned make-up artist. His unique creativity and high standards for his work have made him one of the leading artists in the beauty industry.

In 2005, after more than a decade as a national make-up artist at the Elizabeth Arden Salon in Washington D.C., Mr. Gomez decided that the time had come for him to establish his own salon. Accordingly, he informed his colleagues at Elizabeth Arden of his intentions, and, with the help of James Packard-Gomez, Mr. Gomez formed the salon and leased a space in Georgetown from which the salon would be operated.

Mr. Gomez kept Elizabeth Arden fully apprised of the status of his undertaking. As early as June 2005, Mr. Gomez informed Elizabeth Arden that he had already leased space for his new business venture. In addition, he provided several months' notice of his last work day at the end of October 2005.

Throughout this time frame, Mr. Gomez's friends, co-workers and superiors offered him nothing but their full support. Indeed, Elizabeth Arden made it a point to alert all of Mr. Gomez's clients of his plans to leave and start his own salon. Elizabeth

Arden even provided Mr. Gomez's clients with his new contact information, both before and after his departure.

No one at Elizabeth Arden even remotely suggested that Mr. Gomez was not legally entitled to open his own salon, nor did anyone attempt to stop him from doing so. To the contrary, Mr. Gomez continued to work at Elizabeth Arden until the end of October 2005, when he opened his new salon in the Georgetown section of Washington, D.C.  Plaintiff, of course, was fully aware of the opening of the salon.

Not until nearly four months later, in mid-February 2006, did plaintiff file its complaint alleging a host of claims against Mr. Gomez, Mr. Packard-Gomez and GoPac Industries, Inc. ("GoPac").  In a nutshell, plaintiff alleges that Messrs. Gomez and Packard-Gomez, individually and on behalf GoPac, wrongfully solicited plaintiff's customers and employees, stole plaintiff's customer list, and engaged in other, unspecified wrongful behavior.

Plaintiff's claims will fail because Mr. Gomez has not violated any contractual agreements with plaintiff, nor has he or Mr. Packard-Gomez engaged in any wrongful behavior.  They have not stolen any customer lists or confidential information, and have not wrongfully solicited any clients or employees.

Defendants deny all claims made by plaintiff.  Defendants will also seek reimbursement of their attorney fees as permitted by D.C. Code § 36-404.

        Respectfully submitted,

        TOBIN, O'CONNOR, EWING & RICHARD

        By: /s/David C. Tobin
        David C. Tobin, Esq., D.C. Bar # 395959
        Ziad P. Haddad, Esq., D.C. Bar #469470
        5335 Wisconsin Ave., N.W., Suite 700
        Washington, DC 20015
        Tel:  (202) 362-5900
        Fax:  (202) 362-5901
        *Attorney for Defendants Erwin Gomez and GoPac Industries, Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 4th day of April, 2006, a true and correct copy of the foregoing Statement of the Case of Defendants Erwin Gomez and GoPac Industries, Inc., thereof was served by first-class, postage pre-paid U.S. mail to:

Joel L. Greene, Esq.
Jennings, Strouss & Salmon, P.L.C.
1700 Pennsylvania Avenue, N.W., Suite 500
Washington, D.C.  20006

Stephanie J. Quincy, Esq.
Robert E. Youle, Esq.
Sherman & Howard, L.L.C.
1850 North Central Avenue, Suite 500
Phoenix, Arizona  85004

        /s/David C. Tobin
        David C. Tobin