UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Red Door Salons Inc., <br><br> Plaintiff, <br> v. <br><br> Erwin Gomez, an individual, <br> James Packard-Gomez, an individual, <br> GoPac Industries Inc. d/b/a Erwin Gomez <br> Salon and Spa, a Maryland Corporation, <br><br> Defendants. | **Civil Action No. 1:06CV00286(GK)** |

## ORDER

The Court, having considered Plaintiff Red Door Salons, Inc.'s, Motion to Amend Its Complaint and good cause appearing, it is hereby

**ORDERED** that Red Door's Motion to Amend Its Complaint is GRANTED.

DATED this _____ day of _____, 2006.

_____
Gladys Kessler
United States District Court Judge