UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Red Door Salons Inc.,<br><br>    Plaintiff,<br>v.<br><br>Erwin Gomez, an individual,<br>James Packard-Gomez, an individual,<br>GoPac Industries Inc. d/b/a Erwin Gomez<br>Salon and Spa, a Maryland Corporation,<br><br>    Defendants. | Civil Action No. 1:06CV00286 (GK) |

## NOTICE OF DEPOSITION OF MATA KEO

YOU ARE HEREBY NOTIFIED that, pursuant to Fed. R. Civ. P. 26 and 30, Plaintiff, Red Door Salons, Inc., gives notice that it will take the deposition of Mata Keo. The deposition will be taken by stenographic means at the time and place stated below, before an officer authorized by law to administer oaths. The deposition will continue from day to day until concluded.

DATE AND TIME OF DEPOSITION:  Tuesday, May 9, 2006 at 9:00 a.m.

PLACE OF DEPOSITION:  Jennings, Strouss & Salmon, P.L.C.
  1700 Pennsylvania Ave., N.W.
  Suite 500
  Washington, D.C. 20006
  Telephone: (202) 371-9889

DATED this 28th day of April, 2006.

                SHERMAN & HOWARD, LLC

By _____
Stephanie J. Quincy (Admitted Pro Hac Vice)
Robert G. Vaught (Admitted Pro Hac Vice)
1850 North Central Ave., Suite 500
Phoenix, Arizona 85004
Telephone: (602) 636-2008
squincy@sah.com

Joel L. Green (192682)
Jennings, Strouss & Salmon, P.L.C.
1700 Pennsylvania Ave., N.W.
Suite 500
Washington, D.C. 20006
Telephone: (202) 371-9889

Attorneys for Plaintiff Red Door Salons, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 28TH day of April, 2006, I electronically transmitted the foregoing to the Clerk's office using the CM/ECF System for filing. Copies of the foregoing have been sent this date using the CM/ECF System to the following:

David C. Tobin, Esq.
Ziad P. Haddad, Esq.
TOBIN, O'CONNOR, EWING & RICHARD
5335 Wisconsin Avenue N.W., Suite 700
Washington, D.C. 20015
Attorneys for Defendants