IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **RED DOOR SALONS, INC.,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | Case No.: 1:06CV00286 |
| | : | Judge Gladys Kessler |
| **ERWIN GOMEZ, et al.,** | : | Deck Type: Contract |
| | : | |
| **Defendants.** | : | |

## ORDER

Upon consideration of Defendant Erwin Gomez's Opposition to Plaintiff's Motion To Amend Its Complaint, it is this _____ day of _____, 2006, hereby

ORDERED, that Plaintiff's Motion To Amend Its Complaint be, and hereby is, DENIED.

_____
Judge Gladys Kessler

Copies to:

David C. Tobin, Esq.
Ziad Haddad, Esq.
Tobin, O'Connor, Ewing & Richard
5335 Wisconsin Ave., N.W., Suite 700
Washington, D.C. 20015

Joel L. Greene, Esq.
Jennings, Strouss & Salmon, P.L.C.
1700 Pennsylvania Avenue, N.W., Suite 500
Washington, D.C. 20006

Stephanie J. Quincy, Esq.
Robert E. Youle, Esq.
Sherman & Howard, L.L.C.
1850 North Central Avenue, Suite 500
Phoenix, Arizona 85004