AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Red Door Salons, Inc.

        Plaintiff(s)

vs.

Erwin Gomez, et al

        Defendant(s)

**APPEARANCE**

CASE NUMBER   1:06CV00286 (GK)

To the Clerk of this court and all parties of record:

Please enter the appearance of __Mark L. Shaffer__ as counsel in this
                                  (Attorney's Name)

case for: __Erwin Gomez, James Packard-Gomez, GoPac Industries, Inc., and Salon and Spa, a Maryland Corporation__
                         (Name of party or parties)

5/2/06
Date

D.C. Bar 346940
BAR IDENTIFICATION

_____
Signature

Mark L. Shaffer
Print Name

1211 Connecticut Avenue, NW, Suite 400
Address

Washington, D.C.  20036
City      State      Zip Code

202.223.3210
Phone Number