UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Red Door Salons Inc., ) | |
| ) | |
| Plaintiff, ) | CA No. 1:06CV00286 (GK) |
| ) | |
| v. ) | |
| ) | |
| Erwin Gomez, an individual ) | |
| James Packard-Gomez, an individual ) | |
| GoPac Industries Inc. d/b/a Erwin Gomez ) | |
| Salon and Spa, a Maryland Corporation ) | |
| ) | |
| Defendants. ) | |
| ) | |

**CONSENT MOTION FOR COURT ORDER AMENDING THE SCHEDULING ORDER AND SCHEDULING A STATUS CONFERENCE**

COMES NOW, Defendants Erwin Gomez, James Packard-Gomez, and GoPac Industries In.c d/b/a Ewin Gomez Salon and Spa, by and through undersigned counsel Mark L. Shaffer and Shaffer, Bock, & Antonoplos, P.L.L.C., and hereby respectfully requests that this Honorable Court amend the scheduling order to extend discovery by thirty (30) days, and for cause states as follows:

1.    Plaintiff's counsel has consented to this motion.

2.    Undersigned counsel were retained on Friday, April 28, 2006 by the Defendants. Undersigned counsel entered its appearance on May 3, 2006. (See Exhibit 1, Praecipe Entering Appearance of Shaffer, Bock, and Antonoplos, P.L.L.C. on behalf of the Defendants).

3.    Upon being retained by the Defendants, undersigned counsel immediately

requested that prior counsel for the Defendants transmit all relevant pleadings, correspondence, and documents to the undersigned counsel. Counsel received said records on Wednesday, May 3, 2006.

4. On May 4, 2006, the parties agreed to respective thirty (30) day extensions for both parties' response to Requests for Production of Documents.

5. In order to fully and adequately represent the Defendants, undersigned counsel must be afforded the opportunity to review all relevant documents, pleadings, and requests and reach a familiarity with the details of the case. As such, counsel for the Defendants needs an additional thirty (30) days.

WHEREFORE, the Defendants respectfully request that this Honorable Court enter an order amending the scheduling order and extending discovery for thirty (30) days.

Dated: May 5, 2006

Respectfully submitted,

SHAFFER, BOCK & ANTONOPLOS, PLLC

/s/ Mark L. Shaffer
Mark L. Shaffer, D.C. Bar No. 346940
1211 Connecticut Avenue, NW
Suite 400
Washington, D.C. 20036
202.223.3210

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the Consent Motion to Amend the Scheduling Order to be served electronic service, on this 5th day of May, 2006 on:

Stephanie J. Quincy
Robert Vaught
1850 North Central Avenue, Suite 500
Phoenix, AZ 85004

Joel L. Green
1700 Pennsylvania Avenue NW
Suite 500
Washington, D.C. 20006

s/ Mark L. Shaffer
Mark L. Shaffer
Shaffer, Bock & Antonoplos, PLLC
1211 Connecticut Avenue, N.W.
Suite 400
Washington, D.C. 20036
Tel: (202) 223-3210
Fax: (202) 223-3211

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Red Door Salons Inc., ) | |
| ) | |
| Plaintiff, ) | CA No. 1:06CV00286 (GK) |
| ) | |
| v. ) | |
| ) | |
| Erwin Gomez, an individual ) | |
| James Packard-Gomez, an individual ) | |
| GoPac Industries Inc. d/b/a Erwin Gomez ) | |
| Salon and Spa, a Maryland Corporation ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

Upon consideration of the Defendants' Motion for Court Order Amending the Scheduling Order and , any opposition filed thereto, it is hereby on this _____ day of _____, 2006 by the United States District Court for the District of Columbia:

ORDERED that the motion is hereby GRANTED; and it is further

ORDERED that Scheduling Order be amended as follows:

| | |
|---|---|
| June 15, 2006 | Exchange Witness Lists |
| July 1, 2006 | Deadline for Written Discovery Requests |
| July 15, 2006 | Proponents Rule 26(a)(2) Statements |
| August 15, 2006 | Opponents Rule 26(a)(2) Statements |
| September 15, 2006 | All Discovery Closed |

October 15, 2006                                  Deadline for Filing Dispositive
                                                  Motions

Pretrial Conference                               To Be Determined


                                                  _____
                                                  Judge
                                                  United States District Court
                                                  for the District of Columbia


Copies to:

Mark L. Shaffer
1211 Connecticut Avenue, NW
Suite 400
Washington, D.C. 20036

Stephanie J. Quincy
Robert Vaught
1850 North Central Avenue, Suite 500
Phoenix, AZ 85004

Joel L. Green
1700 Pennsylvania Avenue NW
Suite 500
Washington, D.C. 20006