UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
RED DOOR SALONS, INC.,         )
                               )
        Plaintiff,             )
                               )
   v.                          )   Civil Action No. 06-286 (GK)
                               )
ERWIN GOMEZ, et al.,           )
                               )
        Defendants.            )
_____)
```

**O R D E R**

On April 21, 2006 and April 28, 2006, Plaintiff filed five Notices of Deposition on the docket. See Dkt. Nos. 34-38. Because it is neither necessary nor customary to note depositions on this Court's official docket, it is hereby

**ORDERED** that Plaintiff's Notices [Dkt. Nos. 34-38] are **struck**. In the future, Plaintiff shall send such notices to Defendants and to the appropriate deponents, but shall not file them on the docket.

May 8, 2006
                                     /s/
                                     Gladys Kessler
                                     U.S. District Judge

**Copies to**: attorneys on record via ECF