**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **RED DOOR SALONS, INC.,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | Case No.: 1:06CV00286 |
| | : | Judge Gladys Kessler |
| **ERWIN GOMEZ, et al.,** | : | Deck Type: Contract |
| | : | |
| **Defendants.** | : | |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Pursuant to Local Rule 83.6(b), David C. Tobin, Esq., Ziad Haddad, Esq., and the law firm of Tobin, O'Connor, Ewing & Richard hereby withdraw their appearance as counsel for defendants Erwin Gomez, James Packard-Gomez and GoPac Industries, Inc. in the above-referenced case. As reflected below, the defendants have consented to the withdrawal of David C. Tobin, Esq., Ziad Haddad, Esq., and the law firm of Tobin, O'Connor, Ewing & Richard as their counsel in this matter.

Respectfully submitted,

By:  /s/ David C. Tobin_____
David C. Tobin, Esq., D.C. Bar #395959
Ziad P. Haddad, Esq., D.C. Bar #469470
TOBIN, O'CONNOR, EWING & RICHARD
5335 Wisconsin Avenue, N.W., Suite 700
Washington, D.C. 20015
Tel: (202) 362-5900
Fax: (202) 362-5901

## CONSENT TO WITHDRAWAL

We hereby consent to the withdrawal of David C. Tobin, Esq., Ziad Haddad, Esq. and the law firm of Tobin, O'Connor, Ewing & Richard as our counsel in the above-captioned case.

/s/ James Packard-Gomez
GoPac Industries, Inc.
By James Packard-Gomez

/s/ Erwin Gomez
Erwin Gomez

/s/ James Packard-Gomez
James Packard-Gomez

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of May, 2006, a true and correct copy of the foregoing was served by first-class, postage pre-paid U.S. mail to:

Joel L. Greene, Esq.
Jennings, Strouss & Salmon, P.L.C.
1700 Pennsylvania Avenue, N.W., Suite 500
Washington, D.C. 20006

Stephanie J. Quincy, Esq.
Robert G. Vaught, Esq.
Sherman & Howard, L.L.C.
1850 North Central Avenue, Suite 500
Phoenix, Arizona 85004

Mark Shaffer
Shaffer, Bock & Antopolos, PLLC
1211 Connecticut Ave., N.W.
Suite 400
Washington, D.C. 20036

/s/ David C. Tobin
David C. Tobin