UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Red Door Salons Inc., )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>Erwin Gomez, an individual )<br>James Packard-Gomez, an individual )<br>GoPac Industries Inc. d/b/a Erwin Gomez )<br>Salon and Spa, a Maryland Corporation )<br>)<br>    Defendants. )<br>) | CA No. 1:06CV00286 (GK) |

### CONSOLIDATED WITNESS LIST OF DEFENDANTS ERWIN GOMEZ, GOPAC INDUSTRIES, INC., AND JAMES PACKARD-GOMEZ

Defendants Erwin Gomez, GoPac Industries Inc., and James Packar-Gomez, by their undersigned counsel, submit the following consolidated list of witnesses that they may seek to call at trial in addition to those named in its F.R.-Civ. P. 26(a) initial disclosure. Due to the fact that discovery is ongoing and Defendants have not had an opportunity to conduct depositions, Defendants reserve the right to amend this list:

1. Corporate Representative(s)
  Red Door Salons, Inc.
  3822 E. University Drive, Ste. 5
  Phoenix, AZ 85034

2. Corporate Representative(s)
  Red Door Spa Holdings, Inc.
  300 Main Street, 18th Floor
  Stamford, CT 06901

3. Corporate Representative(s)
  Red Door Spas, LLC

        3822 E. University Drive, Ste. 5
        Phoenix, AZ 85034
        or
        c/o    Stephanie J. Quincy
                1850 N. Central Avenue
                Suite 500
                Phoenix, Arizona  85004

4.    Chris Fields
      C/O Stephanie Quincy
      Robert Vaught
      Sherman & Howard L.L.C.
      1850 North Central Avenue, Suite 500
      Phoenix, AZ 85004

5.    Janet Denyer
      11020 South Tropical Trail
      Merrit Island, FL 32952

6.    Sue Page
      C/O Stephanie Quincy
      Robert Vaught
      Sherman & Howard L.L.C.
      1850 North Central Avenue, Suite 500
      Phoenix, AZ 85004

7.    Chris Fields
      C/O Stephanie Quincy
      Robert Vaught
      Sherman & Howard L.L.C.
      1850 North Central Avenue, Suite 500
      Phoenix, AZ 85004

8.    Judy Glazzer (New Manager @ Red Door)
      C/O Stephanie Quincy
      Robert Vaught
      Sherman & Howard L.L.C.
      1850 North Central Avenue, Suite 500
      Phoenix, AZ 85004

9.    Celerino "Elmo" Barranco
      C/O Stephanie Quincy
      Robert Vaught
      Sherman & Howard L.L.C.

       1850 North Central Avenue, Suite 500
       Phoenix, AZ 85004

10. Nikki Nolet (Assistant Manager @ Chevy Chase or Wildwood-JPG)
    [address unknown]

11. Christophe Jouenne
    Jean-Luc Salon
    3240 P Street, NW
    Washington, DC 20007

12. Ronnie Stewart
    10300 Tenbrook Drive
    Silver Spring, MD 20901

13. Bobby Stewart
    10300 Tenbrook Drive
    Silver Spring, MD 20901

14. Monty Durham
    Red Door Salon & Spa at Tysons Corner
    8075 Leesburg Pike
    Vienna, VA  22182

15. Elizabeth S. A. Barnes (Lizzy Barnes)
    C/O Stephanie Quincy

    Robert Vaught                 or      2013 New Hamshire Ave, NW, #803
    Sherman & Howard L.L.C.                   Washington, D.C. 20009
    1850 North Central Avenue, Suite 500          (202) 276-9503
    Phoenix, AZ 85004

16. Shubhashish "Shubo" Mukherjee (Chevy Chase Red Door JPG)
    C/O Stephanie Quincy
    Robert Vaught
    Sherman & Howard L.L.C.
    1850 North Central Avenue, Suite 500
    Phoenix, AZ 85004

17. Aziza T. Amin
    C/O Stephanie Quincy
    Robert Vaught
    Sherman & Howard L.L.C.
    1850 North Central Avenue, Suite 500
    Phoenix, AZ 85004

18. Linh An Pham
    C/O Stephanie Quincy
    Robert Vaught
    Sherman & Howard L.L.C.
    1850 North Central Avenue, Suite 500
    Phoenix, AZ 85004

19. Nicolaas S. Soedjiman
    C/O Stephanie Quincy
    Robert Vaught
    Sherman & Howard L.L.C.
    1850 North Central Avenue, Suite 500
    Phoenix, AZ 85004

20. Judith I. Alexander
    C/O Stephanie Quincy
    Robert Vaught
    Sherman & Howard L.L.C.
    1850 North Central Avenue, Suite 500
    Phoenix, AZ 85004

21. Shirley Long
    C/O Stephanie Quincy
    Robert Vaught
    Sherman & Howard L.L.C.
    1850 North Central Avenue, Suite 500
    Phoenix, AZ 85004

22. Sedigheh "Sede" Bahramian
    C/O Stephanie Quincy
    Robert Vaught
    Sherman & Howard L.L.C.
    1850 North Central Avenue, Suite 500
    Phoenix, AZ 85004

23. Sophanna P. Eam
    C/O Stephanie Quincy
    Robert Vaught
    Sherman & Howard L.L.C.
    1850 North Central Avenue, Suite 500
    Phoenix, AZ 85004

24. Kenneth David West
    C/O Stephanie Quincy
    Robert Vaught
    Sherman & Howard L.L.C.

        1850 North Central Avenue, Suite 500
        Phoenix, AZ 85004

25. Georgio N. Takounakis
    C/O Stephanie Quincy
    Robert Vaught
    Sherman & Howard L.L.C.
    1850 North Central Avenue, Suite 500
    Phoenix, AZ 85004

26. Gabriela Macko
    C/O Stephanie Quincy
    Robert Vaught
    Sherman & Howard L.L.C.
    1850 North Central Avenue, Suite 500
    Phoenix, AZ 85004

27. Shanna Silverman
    [Address Unknown]

28. Gay Naiker
    7 Oxford St.
    Chevy Chase, MD 20815
    (301) 656-4770

29. David Stoup
    Elizabeth Arden Salons, Inc
    3822 E. University Drive, Ste. 5
    Phoenix, AZ 85034

30. Sharilyn Abbajay
    Elizabeth Arden Salons, Inc
    3822 E. University Drive, Ste. 5
    Phoenix, AZ 85034

31. Debi Foi
    (Senior Vice President, Merchandising)
    3822 E. University Drive, Ste. 5
    Phoenix, AZ 85034

32. Susan Haas
    Human Relations
    Director of Benefits and Pay
    Red Door Spa Holdings
    300 Main Street, 18th Floor
    Stamford, CT 06901

33. Patti Ippoliti
    SVP, Human Resources
    Red Door Spa Holdings
    300 Main Street, 18th Floor
    Stamford, CT 06901

34. All persons and entities named by the plaintiffs in any witness list filed with the Court.

Respectfully submitted,

SHAFFER, BOCK & ANTONOPLOS, PLLC

/s/ Mark L. Shaffer
Mark L. Shaffer, D.C. Bar No. 346940
1211 Connecticut Avenue, NW
Suite 400
Washington, D.C. 20036
202.223.3210

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of Defendants' Witness List to be served via ECF electronic filing on this 16th day of June, 2006 on:

Stephanie Quincy
Robert Vaught
Sherman & Howard L.L.C.
1850 North Central Avenue, Suite 500
Phoenix, AZ 85004

Joel Green
Jennings, Strouss & Salmon, P.L.C.
1700 Pennsylvania Ave., N.W.
Suite 500
Washington, DC 20006

/s/ Mark L. Shaffer
Mark L. Shaffer, D.C. Bar No. 346940
Shaffer, Bock & Antonoplos, PLLC
1211 Connecticut Avenue, N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 223-3210
Fax: (202) 223-3211