UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Red Door Salons Inc.,   )
                        )
        Plaintiff,      )
v.                      )   Civil Action No. 1:06CV00286 (GK)
                        )
Erwin Gomez, an individual,                          )
James Packard-Gomez, an individual,                  )
GoPac Industries Inc. d/b/a Erwin Gomez Salon        )
and Spa, a Maryland Corporation,                     )
                        )
        Defendants.     )
                        )

## PLAINTIFF'S WITNESS LIST

Pursuant to the Court's April 7, 2006 Scheduling Order, Plaintiff Red Door Salons Inc. ("Red Door"), by and through its counsel of record, hereby serves its Witness List. Red Door reserves the right to supplement and amend its Witness List as discovery progresses.

1. Erwin Gomez
   c/o David C. Tobin, Esq.
   Ziad P. Haddad, Esq.
   TOBIN, O'CONNOR, EWING & RICHARD
   5335 Wisconsin Avenue N.W., Suite 700
   Washington, D.C. 20015
   (202) 362-5904

   Mr. Gomez has discoverable information regarding his employment with Red Door, as well as the creation and operation of the Erwin Gomez Salon. Mr. Gomez may also have discoverable information regarding Red Door's customer lists, and Defendants' solicitation of Red Door's customers and employees.

2. James Packard-Gomez
c/o David C. Tobin, Esq.
Ziad P. Haddad, Esq.
TOBIN, O'CONNOR, EWING & RICHARD
5335 Wisconsin Avenue N.W., Suite 700
Washington, D.C. 20015
(202) 362-5904

Mr. Packard-Gomez may have discoverable information regarding Erwin Gomez's employment with Red Door, as well as the creation and operation of the Erwin Gomez Salon. Mr. Packard-Gomez may also have discoverable information regarding Red Door's customer lists, and Defendants' solicitation of Red Door's customers and employees.

3. Valerie Carrasquillo
c/o David C. Tobin, Esq.
Ziad P. Haddad, Esq.
TOBIN, O'CONNOR, EWING & RICHARD
5335 Wisconsin Avenue N.W., Suite 700
Washington, D.C. 20015
(202) 362-5904

Ms. Carrasquillo is a former Red Door employee. Upon information and belief, she is currently employed by the Erwin Gomez Salon. She has discoverable information regarding her employment with Red Door, and may have discoverable information regarding the creation and operation of the Erwin Gomez Salon. Ms. Carrasquillo may also have discoverable information regarding Defendants' solicitation of Red Door's customers and employees.

4. Mata Keo
c/o David C. Tobin, Esq.
Ziad P. Haddad, Esq.
TOBIN, O'CONNOR, EWING & RICHARD
5335 Wisconsin Avenue N.W., Suite 700
Washington, D.C. 20015
(202) 362-5904

Ms. Keo is a former Red Door employee. Upon information and belief, she is currently employed by the Erwin Gomez Salon. She has discoverable information regarding her employment with Red Door, and may have discoverable information regarding the creation and operation of the Erwin Gomez Salon. Ms. Keo may also have discoverable information regarding Defendants' solicitation of Red Door's customers and employees.

5. <u>Angelo Keo</u>
c/o David C. Tobin, Esq.
Ziad P. Haddad, Esq.
TOBIN, O'CONNOR, EWING & RICHARD
5335 Wisconsin Avenue N.W., Suite 700
Washington, D.C. 20015
(202) 362-5904

Ms. Keo is a former Red Door employee. Upon information and belief, she is currently employed by the Erwin Gomez Salon. She has discoverable information regarding her employment with Red Door, and may have discoverable information regarding the creation and operation of the Erwin Gomez Salon. Ms. Keo may also have discoverable information regarding Defendants' solicitation of Red Door's customers and employees.

6. <u>Nikia Cooper</u>
c/o David C. Tobin, Esq.
Ziad P. Haddad, Esq.
TOBIN, O'CONNOR, EWING & RICHARD
5335 Wisconsin Avenue N.W., Suite 700
Washington, D.C. 20015
(202) 362-5904

Ms. Cooper is a former Red Door employee. Upon information and belief, she is currently employed by the Erwin Gomez Salon. She has discoverable information regarding her employment with Red Door, and may have discoverable information regarding the creation and operation of the Erwin Gomez Salon. Ms. Cooper may also have discoverable information regarding Defendants' solicitation of Red Door's customers and employees.

7. <u>Tineshia "Tia" Rice</u>
c/o David C. Tobin, Esq.
Ziad P. Haddad, Esq.
TOBIN, O'CONNOR, EWING & RICHARD
5335 Wisconsin Avenue N.W., Suite 700
Washington, D.C. 20015
(202) 362-5904

Ms. Rice is a former Red Door employee. Upon information and belief, she is currently employed by the Erwin Gomez Salon. She has discoverable information regarding her employment with Red Door, and may have discoverable information regarding the creation and operation of the Erwin Gomez Salon. Ms. Rice may also have discoverable information regarding Defendants' solicitation of Red Door's customers and employees.

8.  Sue Page
    c/o Stephanie J. Quincy, Esq.
    Robert G. Vaught, Esq.
    Sherman & Howard, L.L.C.
    1850 North Central Avenue, Suite 500
    Phoenix, Arizona 85004
    (602) 636-2000

    Ms. Page is currently employed by Red Door as a Regional Manager. She was General Manager of Red Door's Chevy Chase, MD salon from February, 2003, until February of 2005. Ms. Page has discoverable information regarding Erwin Gomez's employment with Red Door, including but not limited to the terms and conditions of his employment. Ms. Page may also have discoverable information regarding Defendants' solicitation of Red Door's customers and employees.

9.  Elizabeth S.A. Barnes
    c/o Stephanie J. Quincy, Esq.
    Robert G. Vaught, Esq.
    Sherman & Howard, L.L.C.
    1850 North Central Avenue, Suite 500
    Phoenix, Arizona 85004
    (602) 636-2000

    Ms. Barnes is currently employed by Red Door as a Hair Stylist. Ms. Barns may have discoverable information regarding Erwin Gomez's employment at Red Door, and Defendants' solicitation of Red Door's customers and employees.

10. Aziza T. Amin
    c/o Stephanie J. Quincy, Esq.
    Robert G. Vaught, Esq.
    Sherman & Howard, L.L.C.
    1850 North Central Avenue, Suite 500
    Phoenix, Arizona 85004
    (602) 636-2000

    Ms. Amin is currently employed by Red Door as a Hair Stylist. Ms. Amin may have discoverable information regarding Erwin Gomez's employment at Red Door, and Defendants' solicitation of Red Door's customers and employees.

11. <u>Linh An Pham</u>
    c/o Stephanie J. Quincy, Esq.
    Robert G. Vaught, Esq.
    Sherman & Howard, L.L.C.
    1850 North Central Avenue, Suite 500
    Phoenix, Arizona 85004
    (602) 636-2000

    Ms. Pham is currently employed by Red Door as a Guest Service Representative. Ms. Pham may have discoverable information regarding Erwin Gomez's employment at Red Door, and Defendants' solicitation of Red Door's customers and employees.

12. <u>Nicolaas S. Soedjiman</u>
    c/o Stephanie J. Quincy, Esq.
    Robert G. Vaught, Esq.
    Sherman & Howard, L.L.C.
    1850 North Central Avenue, Suite 500
    Phoenix, Arizona 85004
    (602) 636-2000

    Mr. Soedjiman is currently employed by Red Door as a Makeup Artist. Mr. Soedjiman may have discoverable information regarding Erwin Gomez's employment at Red Door, and Defendants' solicitation of Red Door's employees.

13. <u>Judith I. Alexander</u>
    c/o Stephanie J. Quincy, Esq.
    Robert G. Vaught, Esq.
    Sherman & Howard, L.L.C.
    1850 North Central Avenue, Suite 500
    Phoenix, Arizona 85004
    (602) 636-2000

    Ms. Alexander is currently employed by Red Door as a Makeup Artist. Ms. Alexander may have discoverable information regarding Erwin Gomez's employment at Red Door, and Defendants' solicitation of Red Door's customers

14. <u>Celerino "Shubo" Barranco</u>
    c/o Stephanie J. Quincy, Esq.
    Robert G. Vaught, Esq.
    Sherman & Howard, L.L.C.
    1850 North Central Avenue, Suite 500
    Phoenix, Arizona 85004
    (602) 636-2000

    Mr. Barranco is currently employed by Red Door as a General Manager. Mr. Barranco has discoverable information regarding Erwin Gomez's employment at Red Door, and may have discoverable information regarding Defendants' solicitation of Red Door's employees.

15. <u>Shirley Long</u>
    c/o Stephanie J. Quincy, Esq.
    Robert G. Vaught, Esq.
    Sherman & Howard, L.L.C.
    1850 North Central Avenue, Suite 500
    Phoenix, Arizona 85004
    (602) 636-2000

    Ms. Long is currently employed by Red Door as a Hair Stylist. Ms. Long may have discoverable information regarding Erwin Gomez's employment at Red Door, and Defendants' solicitation of Red Door's customers and employees.

16. <u>Sedigheh "Sede" Bahramian</u>
    c/o Stephanie J. Quincy, Esq.
    Robert G. Vaught, Esq.
    Sherman & Howard, L.L.C.
    1850 North Central Avenue, Suite 500
    Phoenix, Arizona 85004
    (602) 636-2000

    Ms. Bahramian is currently employed by Red Door as a Skin Care Therapist. Ms. Bahramian may have discoverable information regarding Erwin Gomez's employment at Red Door, and Defendants' solicitation of Red Door's customers and employees.

Case 1:06-cv-00286-GK    Document 48    Filed 06/16/2006    Page 7 of 11

17. <u>Sophanna P. Eam</u>
    c/o Stephanie J. Quincy, Esq.
    Robert G. Vaught, Esq.
    Sherman & Howard, L.L.C.
    1850 North Central Avenue, Suite 500
    Phoenix, Arizona 85004
    (602) 636-2000

    Ms. Eam is currently employed by Red Door as a Nail Technician. Ms. Eam may have discoverable information regarding Erwin Gomez's employment at Red Door, and Defendants' solicitation of Red Door's customers and employees.

18. <u>Kenneth David West</u>
    c/o Stephanie J. Quincy, Esq.
    Robert G. Vaught, Esq.
    Sherman & Howard, L.L.C.
    1850 North Central Avenue, Suite 500
    Phoenix, Arizona 85004
    (602) 636-2000

    Mr. West is currently employed by Red Door as a Hair Stylist. Mr. West may have discoverable information regarding Erwin Gomez's employment at Red Door, and the creation of the Erwin Gomez Salon. Mr. West may also have discoverable information regarding Defendants' solicitation of Red Door's customers and employees.

19. <u>Georgio N. Takounakis</u>
    c/o Stephanie J. Quincy, Esq.
    Robert G. Vaught, Esq.
    Sherman & Howard, L.L.C.
    1850 North Central Avenue, Suite 500
    Phoenix, Arizona 85004
    (602) 636-2000

    Mr. Takounakis is currently employed by Red Door as a Makeup Artist. Mr. Takounakis may have discoverable regarding Erwin Gomez's employment at Red Door, and Defendants' solicitation of Red Door's employees.

7

20. <u>Gabriela Macko</u>
    c/o Stephanie J. Quincy, Esq.
    Robert G. Vaught, Esq.
    Sherman & Howard, L.L.C.
    1850 North Central Avenue, Suite 500
    Phoenix, Arizona  85004
    (602) 636-2000

    Ms. Macko is currently employed as the Tax Director for Red Door Spa Holdings, Inc.  Ms. Macko has discoverable regarding Red Door's corporate structure, and the relationship between Red Door Salons, Inc., and Elizabeth Arden Salons, Inc.

21. <u>Chris Fields</u>
    c/o Stephanie J. Quincy, Esq.
    Robert G. Vaught, Esq.
    Sherman & Howard, L.L.C.
    1850 North Central Avenue, Suite 500
    Phoenix, Arizona  85004
    (602) 636-2000

    Ms. Fields is currently employed by Red Door as a Regional Manager.  Ms. Fields has discoverable information regarding Erwin Gomez's employment with Red Door, including but not limited to the terms and conditions of his employment.  Ms. Fields may also have discoverable information regarding Defendants' solicitation of Red Door's customers and employees.

22. <u>Cheree Clegghorn</u>
    3419 Lowell St. NW
    Washington, D.C.  20016
    (202) 362-1294

    Ms. Clegghorn is a Red Door customer who may have discoverable information regarding Defendants' solicitation of Red Door's customers.

23. <u>Deidre Channing</u>
    4701 Willard Ave., Apt. 736
    Chevy Chase, Maryland  20815
    (301) 718-8388

    Ms. Channing is a Red Door customer who has discoverable information regarding Defendants' efforts to solicit her business.

24. Praeme Baruch
c/o Stephanie J. Quincy, Esq.
Robert G. Vaught, Esq.
Sherman & Howard, L.L.C.
1850 North Central Avenue, Suite 500
Phoenix, Arizona 85004
(602) 636-2000

Ms. Baruch is currently employed by Red Door as a Regional Manager. Ms. Baruch has discoverable information regarding Erwin Gomez's employment with Red Door, including but not limited to the terms and conditions of his employment. Ms. Baruch may also have discoverable information regarding Defendants' solicitation of Red Door's customers and employees.

25. Keith Spangler
1519 Wisconsin Avenue NW
Washington D.C. 20007
(202) 625-2425

Mr. Spangler is a former Red Door employee. He is currently co-owner of Avalon Hair Studio, which is located in the same building as the Erwin Gomez Salon. Mr. Spangler may have discoverable information regarding the operation of the Erwin Gomez Salon, and information regarding Defendants' solicitation of Red Door's customers and employees.

26. Connie Kresse
1519 Wisconsin Avenue NW
Washington D.C. 20007
(202) 625-2425

Ms. Kresse is co-owner of Avalon Hair Studio, which is located in the same building as the Erwin Gomez Salon. Ms. Kresse may have discoverable information regarding the operation of the Erwin Gomez Salon, and information regarding Defendants' solicitation of Red Door's customers and employees.

27. <u>Nishan Cherry</u>
    6421 Pennsylvania Avenue
    Apartment 11
    Forestville, MD 20747
    (301) 735-9490

    Ms. Cherry is a former employee of Red Door. Ms. Cherry has discoverable information regarding Defendants' solicitation of Red Door's customers and employees.

28. Any witness or other individual disclosed pursuant to Fed. R. Civ. P. 26 by any party.

29. Any expert witness disclosed by any party.

30. Any witness necessary to lay necessary evidentiary foundation for any exhibit or other tangible thing.

DATED this 16th day of June, 2006.

SHERMAN & HOWARD, L.L.C.

By _____
Stephanie J. Quincy, Esq. (Admitted Pro Hac Vice)
Robert G. Vaught, Esq. (Admitted Pro Hac Vice)
1850 North Central Ave., Suite 500
Phoenix, Arizona 85004
Telephone: (602) 636-2008
squincy@sah.com

Joel L. Green, Esq. (192682)
Jennings, Strouss & Salmon, P.L.C.
1700 Pennsylvania Ave., N.W.
Suite 500
Washington, D.C. 20006
Telephone: (202) 371-9889

Attorneys for Plaintiff Red Door Salons, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of June, 2006, I sent the original of Plaintiff's Witness List via U.S. mail to the following:

Mark L. Shaffer, Esq.
SHAFFER, BOCK, & ANTONOPLOS
1211 Connecticut Ave., Suite 400
Washington, D.C. 20036

Attorneys for Defendants

*/s/ Natalie N. Coll*