UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Red Door Salons Inc., ) | |
| ) | |
| Plaintiff, ) | CA No. 1:06CV00286 (GK) |
| ) | |
| v. ) | |
| ) | |
| Erwin Gomez, an individual ) | |
| James Packard-Gomez, an individual ) | |
| GoPac Industries Inc. d/b/a Erwin Gomez ) | |
| Salon and Spa, a Maryland Corporation ) | |
| ) | |
| Defendants. ) | |
| ) | |

**DEFENDANTS' CERTIFICATE REGARDING DISCOVERY**

I hereby certify that on this 12th day of July, 2006, DEFENDANTS GOMEZ, PACKARD-GOMEZ, AND GOPAC INDUSTRIES' SUPPLEMENTAL RESPONSE TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS was served via hand delivery and first-class mail on Plaintiffs' counsel whose names and addresses are listed on the attached Certificate of Service. The originals of these documents will remain in our possession until the conclusion of this matter in this Court or until the time for noting an appeal has expired or an appeal is decided.

Respectfully Submitted,

/s/ Mark Shaffer

Mark Shaffer (DC Bar No. 346940)
1211 Connecticut Avenue, NW
Suite 400
Washington, D.C. 20036
Tel (202)223-3210/Fax (202)223-3211
Counsel for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of Defendants' Certificate Regarding Discovery to be served by first-class mail, postage pre-paid, on this 12th day of July, 2006 on:

Stephanie J. Quincy
Robert Vaught
Sherman & Howard, LLC
1850 North Central Ave., Suite 500
Phoenix, Arizona 85004

Joel L. Green
Jennings, Strouss & Salmon, P.L.C.
1700 Pennsylvania Ave., N.W., Ste 500
Washington, D.C. 20006

Sean O'Brien
Shaffer, Bock & Antonoplos, PLLC
1211 Connecticut Avenue, N.W.
Suite 400
Washington, D.C. 20036
Tel: (202) 223-3210
Fax: (202) 223-3211