UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Red Door Salons Inc., <br><br>                Plaintiff, <br> v. <br><br> Erwin Gomez, an individual, <br> James Packard-Gomez, an individual, <br> GoPac Industries Inc. d/b/a Erwin Gomez <br> Salon and Spa, a Maryland Corporation, <br><br>                Defendants. | Civil Action No. 06-286 (GK/JMF) |

**PLAINTIFF'S MOTION TO EXTEND THE CURRENT
DEADLINE FOR PROPONENTS' RULE 26(a)(2) STATEMENTS**

Plaintiff Red Door Salons, Inc. (hereinafter, "Red Door"), through undersigned counsel, respectfully asks the Court to extend the current deadline for proponents' Rule 26(a)(2) statements for thirty (30) days. The current deadline is July 15, 2006. The requested extension would create a new deadline of August 15, 2006. One previous extension of the deadline for proponents' Rule 26(a)(2) statements was granted on May 8, 2006, shortly after counsel for Defendants filed their Notice of Appearance.

Red Door's request is made in good faith and not for purposes of delay. In anticipation of filing a Rule 26(a)(2) statement, Red Door served Defendants with a Request for Inspection on May 1, 2006, asking that its forensic computer expert be permitted to make a "mirror image" copy of Defendants' computer hard drives for analysis. The parties were unable to agree on the scope and timing of the Request for Inspection. On June 30, 2006 the court conducted a telephonic conference with counsel regarding Red Door's Request. On July 10, 2006, the matter was referred to Magistrate Judge John M. Facciola.

Red Door respectfully asks the court to extend the deadline for proponents' Rule 26(a)(2) statements so that Magistrate Judge Facciola will have sufficient time to rule on Red Door's Request for Inspection, and a forensic computer expert will then have sufficient time to perform the requested analysis. The requested extension would impact the current deadline for opponents' Rule 26(a)(2) statements, which is currently August 15, 2006, and may impact the current discovery deadline of September 15, 2006. Undersigned counsel will be prepared to discuss the status of Red Door's Request for Inspection, and the Rule 26(a)(2) deadlines, at the currently-scheduled Stats Conference on August 1, 2006.

Pursuant to Local Rule 7.1(m), undersigned counsel certifies that he has conferred with defense counsel regarding Red Door's Motion to Extend the Current Deadline for Proponents' Rule 26(a)(2) Statements. Defense counsel advised that he does not object to the requested extension, provided that Defendants are given sufficient time to disclose a rebuttal statement, and the parties are given time to conduct expert depositions.

For the foregoing reasons, Red Door respectfully asks the Court to enter the proposed Order extending the current deadline for proponents' Rule 26(a)(2) statements for thirty (30) days.

DATED this 14th day of July, 2006.

SHERMAN & HOWARD, LLC

By _____
Stephanie J. Quincy (Admitted Pro Hac Vice)
Robert G. Vaught (Admitted Pro Hac Vice)
1850 North Central Ave., Suite 500
Phoenix, Arizona 85004
Telephone: (602) 636-2008
squincy@sah.com

        Joel L. Green (192682)
        Jennings, Strouss & Salmon, P.L.C.
        1700 Pennsylvania Ave., N.W.
        Suite 500
        Washington, D.C. 20006
        Telephone: (202) 371-9889

        Attorneys for Plaintiff Red Door Salons, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of July, 2006, I electronically transmitted the foregoing to the Clerk's office using the CM/ECF System for filing, and served a copy via facsimile and United States mail to the following:

Mark L. Shaffer, Esq.
SHAFFER, BOCK, & ANTONOPLOS
1211 Connecticut Ave., Suite 400
Washington, D.C. 20036

Attorneys for Defendants