UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Red Door Salons Inc., <br><br> Plaintiff, <br> v. <br><br> Erwin Gomez, an individual, <br> James Packard-Gomez, an individual, <br> GoPac Industries Inc. d/b/a Erwin Gomez Salon and Spa, a Maryland Corporation, <br><br> Defendants. | **Civil Action No. 06-286(GK/JMF)** |

## ORDER

The Court, having considered Plaintiff Red Door Salons, Inc.'s Motion to Extend the Current Deadline for Proponents' Rule 26(a)(2) Statements, and good cause appearing, it is hereby

**ORDERED** that the current July 15, 2006 Proponent's Rule 26(a)(2) disclosure deadline is hereby extended to August 15, 2006.

DATED this _____ day of July, 2006.

_____
John M. Facciola
United States Magistrate Judge