UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Red Door Salons Inc.,<br><br>             Plaintiff,<br>v.<br><br>Erwin Gomez, an individual,<br>James Packard-Gomez, an individual,<br>GoPac Industries Inc. d/b/a Erwin Gomez<br>Salon and Spa, a Maryland Corporation,<br><br>             Defendants. | Civil Action No. 06-286 (GK/JMF) |

## PLAINTIFF'S MOTION FOR PERMISSION TO APPEAR TELEPHONICALLY AT THE AUGUST 1, 2006 STATUS CONFERENCE

Plaintiff Red Door Salons, Inc. (hereinafter, "Red Door"), through undersigned counsel, respectfully asks the Court to permit undersigned counsel to appear telephonically at the August 1, 2006 status conference.

Undersigned counsel anticipates that the August 1, 2006 status conference will be relatively brief and straightforward. Undersigned counsel did personally appear at the April 7, 2006 Initial Scheduling Conference. Since then, the parties have conducted extensive discovery and have requested Court assistance when necessary. For instance, the parties were unable to agree on the scope and timing of Red Door's Request for Inspection. On June 30, 2006, after conducting a telephonic conference with counsel, the Court referred the matter to Magistrate Judge John M. Facciola. On July 19, 2006, Magistrate Facciola conducted a telephonic hearing regarding Red Door's Request. The parties are currently awaiting Magistrate Facciola's ruling. In addition, and at Red Door's request, the Court has extended the deadline for Plaintiff's Rule 26(a)(2) Statement to August 15, 2006, and extended the deadline for Defendants' Rule 26(a)(2) Statement to September 15, 2006.

The parties have been working together, with the assistance of the Court and Magistrate Facciola, to conduct discovery and resolve disputes that have arisen. Given the current status of this case, Red Door respectfully suggests that the parties and the Court will be able to conduct an effective status conference via telephone. This would also save Red Door from incurring the significant expense of having undersigned counsel travel from Phoenix, Arizona to Washington D.C., to attend the status conference in person.

Pursuant to Local Rule 7.1(m), undersigned counsel certifies that he has conferred with defense counsel regarding Red Door's Motion to Appear Telephonically at the August 1, 2006 Status Conference. Defense counsel advised that he does not object to Red Door's request.

For the foregoing reasons, Red Door respectfully asks the Court to enter the proposed Order granting undersigned counsel permission to attend the August 1, 2006 status conference via telephone.

DATED this 26th day of July, 2006.

SHERMAN & HOWARD, LLC

By _____
Stephanie J. Quincy (Admitted Pro Hac Vice)
Robert G. Vaught (Admitted Pro Hac Vice)
1850 North Central Ave., Suite 500
Phoenix, Arizona 85004
Telephone: (602) 636-2008
squincy@sah.com

Joel L. Green (192682)
Jennings, Strouss & Salmon, P.L.C.
1700 Pennsylvania Ave., N.W.
Suite 500
Washington, D.C. 20006
Telephone: (202) 371-9889

Attorneys for Plaintiff Red Door Salons, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of July, 2006, I electronically transmitted the foregoing to the Clerk's office using the CM/ECF System for filing, and served a copy via facsimile and United States mail to the following:

Mark L. Shaffer, Esq.
SHAFFER, BOCK, & ANTONOPLOS
1211 Connecticut Ave., Suite 400
Washington, D.C. 20036

Attorneys for Defendants