UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Red Door Salons Inc., <br><br> Plaintiff, <br> v. <br><br> Erwin Gomez, an individual, <br> James Packard-Gomez, an individual, <br> GoPac Industries Inc. d/b/a Erwin Gomez Salon and Spa, a Maryland Corporation, <br><br> Defendants. | Civil Action No. 06-286(GK/JMF) |

**ORDER**

The Court, having considered Plaintiff Red Door Salons, Inc.'s Motion for Permission to Appear Telephonically at the August 1, 2006 Status Conference, and good cause appearing, it is hereby

**ORDERED** granting Plaintiff's counsel permission to attend the August 1, 2006 status conference via telephone.

DATED this _____ day of _____, 2006.

_____
Gladys Kessler
United States District Judge