**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
_____
                               )
RED DOOR SALONS, INC.,         )
                               )
        Plaintiff,             )
                               )
    v.                         )   Civil Action No. 06-286 (GK)
                               )
ERWIN GOMEZ, et al.,           )
                               )
        Defendants.            )
_____)
```

**O R D E R**

A Status Conference was held in this case on August 1, 2006. Upon consideration of the representations of the parties, and the entire record herein, it is hereby

**ORDERED** that all previous deadlines set by this Court are hereby **vacated** and that the following deadlines shall apply instead:

> **No later than August 25, 2006**, the parties shall file a praecipe informing the Court of the status of their efforts to engage a private mediator to attempt to resolve this case;
>
> Plaintiff's Rule 26 Statement is **due October 15, 2006**;
>
> Defendants' Rule 26 Statement is **due November 15, 2006**;
>
> All discovery will close **December 15, 2006**;
>
> Dispositive motions are **due February 1, 2007**;

**AND IT IS FURTHER ORDERED** that the next Status Conference in this case will be held **January 17, 2007 at 9:30 a.m.**.

August 1, 2006

    /s/
Gladys Kessler
U.S. District Judge

**Copies to**: **attorneys on record via ECF**