UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Red Door Salons Inc., ) | |
| ) | |
| Plaintiff, ) | CA No. 1:06CV00286 (GK) |
| ) | |
| v. ) | |
| ) | |
| Erwin Gomez, et. al. ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' JOINT MOTION FOR THIS COURT'S ORDER COMPELLING DISCOVERY AND FOR EXPENSES AND SANCTIONS**

Pursuant to FRCivP Rule 37, the defendants, Messrs Gomez-Packard, Parckard-Gomez, and GoPac Industries, Inc. (hereinafter, the "defendants") move this Court for issuance of its Order compelling discovery and requiring the plaintiff or its attorney to pay defendants' reasonable expenses incurred in making this motion, including attorney's fees. Plaintiff's most recent misconduct is its failure to make its designations under Rule 30(6) on Tuesday August 22, 2006 and proposed dates for deposition, as it represented to both Magistrate Judge Facciola and undersigned counsel it would during the discovery conferences convened by defendants on August 16, 17, and 18th. On August 22, 2006, plaintiffs did not provide the designations and dates as represented to the Magistrate Judge, despite defendant's delivery of a reminder letter on August 21.

Plaintiff is intentionally obstructing the defendants' conduct of discovery. Incredibly, during the August 16 discovery conference, plaintiff's counsel stated to the Magistrate Judge that counsel had at that time not identified plaintiff's 30(b)(6) designees

1

despite the fact that two months earlier, on June 21, 2006, defendants placed plaintiff on notice of the defendant's intention to conduct three 30(b)(6) depositions of the plaintiff and two affiliated corporations apparently with rights conflicting with plaintiff's claims; one month earlier, on July 25, at plaintiff's request defendants delivered their intended areas of 30(b)(6) inquiry; and 13 days prior to the discovery conference, on August 3, 2006, defendants served plaintiff with their notices of 30(b)(6) depositions to be conducted at the end of the August 16-30 time period previously proposed by Mr. Vaught, one of plaintiff's counsel and agreed to by both counsel.

Respectfully Submitted,

SHAFFER, BOCK & ANTONOPLOS, PLLC

/s/ Mark L. Shaffer

Mark L. Shaffer, D.C. Bar No. 346940
1211 Connecticut Avenue, NW
Suite 400
Washington, D.C. 20036
202.223.3210

## Certificate of Service

I, Sean O'Brien, state that on this 23 day of August 2006 I did cause the above

**DEFENDANTS' JOINT MOTION FOR THIS COURT'S ORDER COMPELLING DISCOVERY AND FOR EXPENSES AND SANCTIONS**

to be served upon the plaintiff by electronic filing as provided for by the Rules of this Court and Orders in this matter.

/s/ Sean O'Brien