UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Red Door Salons Inc., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Erwin Gomez, et. al. )<br>)<br>Defendants. )<br>) | CA No. 1:06CV00286 (GK) |

ORDER

This Court being fully apprised in the premises,

**IT IS ORDERED THAT,** defendants' motion to compel discovery and for sanctions and expenses is granted;

**IT IS ORDERED THAT,** the plaintiffs shall identify the designees for each of the previously noticed Rule 30(b)(6) depositions to the defendants by no later than _____, 2006;

**IT IS ORDERED THAT,** the plaintiffs shall provide the defendants with three options dates for the conduct of each of the previously noticed Rule 39(b)(6) depositions to the defendants by not later than, _____ 2006, said dates and options to be for the period prior to October 1, 2006; and

**IT IS FURTHER ORDERED THAT,** the plaintiffs shall pay the defendants reasonable costs, including attorney's fees, for bring this motion, with the defendants to file its statement of costs by on or before _____. 2006.

Date:

_____
United Stated District Court Judge