# SHAFFER, BOCK & ANTONOPLOS, PLLC.

June 21, 2006

*VIA E-mail and Regular Mail*

Robert G. Vaught
Sherman & Howard, L.L.C.
1850 N. Central Avenue, Suite 500
Phoenix, AZ 85004

     Re:    Red Door Salons, Inc. v. Gomez, et al

Dear Rob,

     Please find attached copies of notices of deposition and subpoenas for twelve (12) witnesses. These depositions have been scheduled for July 17th to 20th, as per your previously stated availability. Please feel free to contact the undersigned if you have any problems with this schedule. We will assume that you will accept service for Gabriela Macko, Praeme Baruch, Janet Denyer, Chris Fields, Sue Page, Celerino Barranco, and Monty Durham based on your disclosure that such individuals are employees of Red Door Salons, Inc. and your failure to provide an alternate address for said individuals other than your own. As such, we have forwarded original subpoenas along with this letter. If this assumption is misplaced, please advise the undersigned immediately and provide us with specific addresses for each of the individuals referenced above.

     Please also be advised that we intend to depose the following individuals in the near future:

1. Nikki Nolet
2. Elizabeth Barnes
3. Aziza T. Amin
4. Linh An Pham
5. Nicolass S. Soedjiman
6. Judith I. Alexander
7. Shirley Long
8. Sedigheh "Sede" Bahramian
9. Sophanna P. Eam
10. Kenneth David West
11. Georgio N. Takounakis
12. Nishan Cherry
13. Keith Spankler

1211 Connecticut Avenue, N.W., Suite 400
Washington, D.C. 20036
Pho. 202.223.3210 ♦ Fax. 202.223.3211 ♦ Email. Shaffer@shafferbockanton.com

Letter to Robert Vaught
Page 2
6/21/2006

    14. Connie Kresse
    15. Shubhashish "Shubo" Mukherjee
    16. Shanna Silverman
    17. Gay Naiker
    18. Corporate Representative of Red Door Salons, Inc.
    19. Corporate Representative of Red Door Spas Holding, Inc.
    20. Corporate Representative of Elizabeth Arden Salons, Inc.

    This letter is a request for your consent to depose additional individuals outside of the standard ten (10) permitted by Rule 30 of the Federal Rules of Civil Procedure. If you do not provide consent by the close of business on Friday, June 23, 2006, we will file a motion seeking leave of the Court to conduct additional depositions. We note that the majority of individuals we wish to depose were identified in your witness list, thus necessitating their deposition. Additionally, please advise us of your availability for such depositions by June 23, 2006.

    I remain,

                                        Very truly yours,

                                        SHAFFER, BOCK, & ANTONOPLOS

                                        By: _____
                                          Joshua F. Stubbins

Cc:
Joel L. Green
Mark L. Shaffer