## Mark Shaffer

**From:** Mark Shaffer [shaffer@shafferbockanton.com]
**Sent:** Tuesday, July 25, 2006 7:29 PM
**To:** Sean O'Brien (obrien@shafferbockanton.com)

Below is my recollection of the depositions that we have scheduled. Please confirm.

Scheduled

| | | |
|---|---|---|
| 8/16 | 9:00 a.m. | Monty Durham |
| 8/16 | 11:00 a.m. | George Takounakis |
| 8/16 | 1:00 p.m. | Nicolass Seodjiman |
| | | |
| 8/17 | 9:00 a.m. | Elizabeth Barnes |
| 8/17 | 1:00 p.m. | Celerino Barranco |
| 8/17 | 3:30 p.m. | Shirely Long |
| | | |
| 8/18 | 10:00 a.m. | Sue Page |
| | | |
| 8/21 | 9:00 a.m. | Christophe Jovenne |
| | | |
| 8/22 | Open | |
| | | |
| 8/23 | 9:00 a.m. | Praeme Baruch |
| 8/23 | 1:00 p.m. | Kenneth West |
| | | |
| 8/24 | Open | |
| | | |
| 8/25 | Open | |
| | | |
| 8?28 | Open | |
| | | |
| 8/29 | Open | |
| | | |
| 8/30 | Open | |

Unscheduled Red Door affiliated witnesses previoulsy noticed

Chris Fields

Janet Denyer

Gabriella Mako

Ronnie Stewart

Unscheduled Red Door affiliated witnessesnot previously noticed.

Nikki Nolet
Aziza T. Amin
Linh An Pham
Sedigheh "Sede" Bahramian

8/16/2006

Sophanna P. Eam
Shubhashish "Shubo" Mukherjee
Shanna Silverman
Gay Naiker

Unscheduled and unaffiliated witnesses

Deirdre Channing
Cheree Clegghorn
Bobbie Stewart
Nishan Cherry (Sue Page to provide most recent contact info)
Connie Kresse

Unscheduled corporate 30(b)(6) depositions

Red Door Salons, Inc.
Red Door Spa Holdings, Inc.
Elizabeth Arden Salons, Inc.

Anticipated areas of examination for corporate designees (will attach to formal notice when dates agreed)

1. Corporate History including all relevant transactions and formations, dates and supporting records.
2. Corporate, partnership, parent/subsidiary, holding, relationship(s) with Red Door Salons, Inc.; Red Door Salon and Spa; Red Door Spas; Red Door Spas, Inc.; Elizabeth Arden; Elizabeth Arden, Spas, LLC; Red Door Spa Holdings; Red Door Spa Holdings, Inc.; Elizabeth Arden, The Salon; Elizabeth Arden Salon; Elizabeth Arden Salons, Inc. Elizaeth Arden, red door salon & spa Mario Tricoci; Red Door Spa Chevy Chase; red door spas Elizabeth Arden; Red Door Spas, Washington, D.C.; Mario Tricoci Hair Salons Day Spas; Mario Tricoci Hair Salons & Day Spas, Inc. and supporting records.
3. Ownership or other interest and/or relationship with salon/spa etc business operated at 5225 Wisconsin, Avenue, NW, Washington, D.C. 20015 and supporting records.
4. Employer or other relationship with persons working at salon/spa etc business operated at 5225 Wisconsin, Avenue, NW, Washington, D.C. 20015 and supporting records.
5. Written employment contracts given to and ratified by persons working at salon/spa etc business operated at 5225 Wisconsin, Avenue, NW, Washington, D.C. 20015 and supporting records.
6. All relationships including employment relationships with Erwin Gomez, Valerie Carrasquillo, Valerie La Faye, Nia Cooper, Nina Cooper, Mata Keo, Tia Rice, Teneisha Rice, Angela Keo and supporting records.
7. Written employment contracts with Erwin Gomez, Valerie Carrasquillo, Valerie La Faye, Nia Cooper, Nina Cooper, Mata Keo, Tia Rice, Teneisha Rice, Angela Keo and copies of same.
8. Compensation paid to all employees at 5225 Wisconsin, Avenue, NW, Washington, D.C. 20015 including Erwin Gomez, Valerie Carrasquillo, Valerie La Faye, Nia Cooper, Nina Cooper, Mata Keo, Tia Rice, Teneisha Rice, Angela Keo and supporting records.
9. Customer/client data, lists, mailing lists and records generally, for 5225 Wisconsin, Avenue, NW, Washington, D.C. 20015 specifically, for Erwin Gomez specifically, and for Valerie Carrasquillo, Valerie La Faye, Nia Cooper, Nina Cooper, Mata Keo, Tia Rice, Teneisha Rice, Angela Keo and supporting records.
10. Policies, practices, security procedures, and access controls for customer/client data etc. responsive to item no. 9.
11. All person with access to customer/client data etc. responsive to item no. 9 between January 1, 2005 and December 31, 2005 and all accsses made by such persons including times and dates, materials accessed, and materials printed out and supporting records.

8/16/2006

12. All formats in which customer/client data etc could be printed out between January 1, 2005 and December 31, 2005, and supporting records.
13. All persons working at 5225 Wisconsin Avenue, NW, Washington, D.C. 20015 who were required to sign the "internal offer of employment with Red Door Spas, LLC in technical position" (GOP11493-4), between December 1, 2004 and June 31, 2005 including the dates of said signing by these persons.
14. All knowledge about the attached documents.

Mark L. Shaffer, Esq.
Shaffer, Bock & Antonoplos, PLLC
1211 Connecticut Avenue, N.W.
Suite 400
Washington, D.C. 20036

Pho. 202.223.3210
Fax. 202.223.3211

8/16/2006

## Mark Shaffer

**From:** Mark Shaffer [shaffer@shafferbockanton.com]
**Sent:** Tuesday, July 25, 2006 7:52 PM
**To:** 'Vaught, Robert G.'
**Subject:** Defense depositions - more

To the list of matters that the corporate designees will be asked to testify upon at the following

14. History of registration to do business in the District of Columbia

15. History of licensing by the District of Columbia including, but not limited to: waxing, massage, hair, aesthectician, cosmetology, food and beverage service, operating license for beauty shop/spa, manager's license, business license.

16. History of providing each of services listed in 15 at the 5225 Wisconsin Ave., NW, Washington, D.C. 20015 address.

17. Practices and procedures regarding reporting tip income and payment income at the 5225 Wisconsin Ave., NW, Washington, D.C. 20015 address and dissemination of these practices and procedures to employees.

18. Practices and procedures for dissemination of customer/client mailing and other customer information lists to employees, persons entitled to disseminate said lists, and the number of lists and to whom they have been disseminated between January 1, 2003 and the present.


Mark L. Shaffer, Esq.
Shaffer, Bock & Antonoplos, PLLC
1211 Connecticut Avenue, N.W.
Suite 400
Washington, D.C. 20036

Pho. 202.223.3210
Fax. 202.223.3211

8/16/2006