## Mark Shaffer

**From:** Mark Shaffer [shaffer48@erols.com]
**Sent:** Wednesday, June 14, 2006 5:52 PM
**To:** rvaught@sah.com
**Cc:** Mark Shaffer
**Subject:** RD First Round Deps.

*[handwritten note: See me re letter MS]*

The following is what I was able to work out with the EGS. We're are pushing the staff depositions for Monday July 10 and Tuesday July 11 when their work loads are lighter and the economic consequence to them personally is less. Erwin and Jim will be more flexible to accomodate your schedule. We are agreeing to your proposal for July 11-14 and adding Monday July 10 as previously discussed with Stephanie and related to you in my email. Mondays are better for the women.

NikiACooper    9:00 a.m. July 10

Mata Keo       12:00 p.m. July 10

Valerie C
Carrasquillo   3:00 p.m. July 10

Angela Keo     9:00 a.m. July 11

Tia Rice       12:00 p.m. July 11

Erwin Gomez    10:00 a.m. July 12

James Packard  10:00 a.m. July 13

In your recent email, you offered the period of July 17-20. Please hold that time frame open, as we will be serving you with notices of our depositions tomorrow, utilizing those same dates. Per my discussion with Stephanie, its seems reasonable to be time efficient and get the case out on the table.

I will confirm the substance of this email with a letter tomorrow.

Please confirm that you have signed the stipulated confidentiality agreement and/or are offering any final edits this week. It appears that you have withheld quite a bit of discovery pending ratification of that document.