UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Red Door Salons Inc., | ) |
| | ) |
| Plaintiff, | ) CA No. 1:06CV00286 (GK) |
| | ) |
| v. | ) |
| | ) |
| Erwin Gomez, an individual | ) |
| James Packard-Gomez, an individual | ) |
| GoPac Industries Inc. d/b/a Erwin Gomez | ) |
| Salon and Spa, a Maryland Corporation | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF TAKING OF DEPOSITION UNDER ORAL EXAMINATION UNDER RULE 30 OF THE FEDERAL RULES OF CIVIL PROCEDURE

To: Corporate Representative of
Red Door Salons, Inc.
c/o Robert Vaught
1850 N. Central Avenue
Suite 500
Phoenix, Arizona 85004

Pursuant to Federal Rule of Civil Procedure 30(b)(6), please take notice that on August 25, 2006, counsel for Defendants GoPac Industries, Inc., Erwin Gomez, and James Packard-Gomez will take the deposition by oral examination of the Defendant Red Door Salons, Inc. (Red Door Salons) at the offices located at 1211 Connecticut Avenue, NW, Suite 400, Washington, D.C. The deposition will commence at 9 a.m. A duly authorized court reporter shall administer the oath and record the deposition by stenographic means.

Red Door Salons is required pursuant to Federal Rule 30(b)(6) to designate one or more officers, directors, or managing agents or other persons who consent to testify on behalf of Red Door Salons about the following:

1.     The corporate history of Red Door Salons, Inc., including, but not limited to, all relevant transactions and formations, dates and supporting records.

2.     The corporate, partnership, parent/subsidiary, holding, relationship(s) of Red Door Salons, Inc. in relation to: Red Door Salon and Spa; Red Door Spas; Red Door Spas, Inc.; Elizabeth Arden; Elizabeth Arden, Spas, LLC; Red Door Spa Holdings; Red Door Spa Holdings, Inc.; Elizabeth Arden, The Salon;  Elizabeth Arden Salon; Elizabeth Arden Salons, Inc.; Elizabeth Arden, red door salon & spa Mario Tricoci; Red Door Spa Chevy Chase; red door spas Elizabeth Arden; Red Door Spas, Washington, D.C.; Mario Tricoci Hair Salons Day Spas; Mario Tricoci Hair Salons & Day Spas, Inc.  This includes, but is not limited to, knowledge and production of all supporting records.

3.     Red Door Salons, Inc.'s ownership or other interest and/or relationship with the salon and spa business operated at 5225 Wisconsin, Avenue, NW, Washington, D.C. 20015 and records supporting such interests or relationships.

4.     Red Door Salons, Inc.'s employer or other relationship with persons working at salon and spa business operated at 5225 Wisconsin, Avenue, NW, Washington, D.C. 20015 and records supporting such relationships.

5.     Any written employment contracts given to and ratified by persons working at salon and spa business operated at 5225 Wisconsin, Avenue, NW, Washington, D.C. 20015 and all supporting records.

6.      All relationships, including but not limited to employment relationships, between Red Door Salons, Inc. and Erwin Gomez, Valerie Carrasquillo, Valerie La Faye, Nia Cooper, Nina Cooper, Mata Keo, Tia Rice, Teneisha Rice, Angela Keo and records supporting such relationships.

7.      Any written employment contracts with Erwin Gomez, Valerie Carrasquillo, Valerie La Faye, Nia Cooper, Nina Cooper, Mata Keo, Tia Rice, Teneisha Rice, Angela Keo and copies of the same.

8.      Any and all compensation paid to all employees working at the salon and spa located at 5225 Wisconsin, Avenue, NW, Washington, D.C. 20015 including Erwin Gomez, Valerie Carrasquillo, Valerie La Faye, Nia Cooper, Nina Cooper, Mata Keo, Tia Rice, Teneisha Rice, Angela Keo and all supporting records.

9.      All customer and client data, lists, mailing lists and records generally, for the salon and spa located at 5225 Wisconsin, Avenue, NW, Washington, D.C. 20015, including, but not limited to, all such information and data related to the customers and clients of Erwin Gomez, Valerie Carrasquillo, Valerie La Faye, Nia Cooper, Nina Cooper, Mata Keo, Tia Rice, Teneisha Rice, Angela Keo and all supporting records.

10.     All policies, practices, security procedures, and access controls for proprietary customer/client data responsive to item no. 9.

11.     All persons with access to customer/client data etc. responsive to item no. 9 between January 1, 2005 and December 31, 2005 and all accesses made by such persons including times and dates, materials accessed, and materials printed out and supporting records.

12. All persons working at 5225 Wisconsin Avenue, NW, Washington, D.C. 20015 who were required to sign the "internal offer of employment with Red Door Spas, LLC in technical position" (GOP11493-4), between December 1, 2004 and June 31, 2005 including the dates of said signing by these persons.

13. All knowledge related to any and all responsive documents.

Respectfully submitted,

Shaffer, Bock & Antonoplos, PLLC

_____
Mark Shaffer (DC Bar No. 346940)
1211 Connecticut Avenue, NW
Suite 400
Washington, D.C. 20036
Tel (202)223-3210/Fax (202)223-3211
Counsel for Defendants

## Certificate of Service

I hereby certify that on this third (3rd) day of August, 2006, I did serve a copy of the above Notice of Deposition via first class mail on:

Stephanie J. Quincy
Robert Vaught
1850 North Central Avenue, Suite 500
Phoenix, AZ 85004

Joel L. Green
1700 Pennsylvania Avenue NW
Suite 500
Washington, D.C. 20006

_____
Joshua F. Stubbins

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Red Door Salons Inc., <br><br> Plaintiff, <br><br> v. <br><br> Erwin Gomez, an individual <br> James Packard-Gomez, an individual <br> GoPac Industries Inc. d/b/a Erwin Gomez <br> Salon and Spa, a Maryland Corporation <br><br> Defendants. | CA No. 1:06CV00286 (GK) |

## NOTICE OF TAKING OF DEPOSITION UNDER ORAL EXAMINATION UNDER RULE 30 OF THE FEDERAL RULES OF CIVIL PROCEDURE

To:   Corporate Representative of
      Elizabeth Arden Salons, Inc.
      c/o Robert Vaught
      1850 N. Central Avenue
      Suite 500
      Phoenix, Arizona 85004

Pursuant to Federal Rule of Civil Procedure 30(b)(6), please take notice that on August 28, 2006, counsel for Defendants GoPac Industries, Inc., Erwin Gomez, and James Packard-Gomez will take the deposition by oral examination of the Defendant Elizabeth Arden Salons, Inc. ("Elizabeth Arden Salons") at the offices located at 1211 Connecticut Avenue, NW, Suite 400, Washington, D.C. The deposition will commence at 9 a.m. A duly authorized court reporter shall administer the oath and record the deposition by stenographic means.

Elizabeth Arden Salons is required pursuant to Federal Rule 30(b)(6) to designate one or more officers, directors, or managing agents or other persons who consent to testify on behalf of Elizabeth Arden Salons about the following:

1. The corporate history of Elizabeth Arden Salons, Inc. ("Elizabeth Arden Salons"), including, but not limited to, all relevant transactions and formations, dates and supporting records.

2. The corporate, partnership, parent/subsidiary, holding, relationship(s) of Elizabeth Arden Salons in relation to: Red Door Salon and Spa; Red Door Spas; Red Door Spas, Inc.; Elizabeth Arden; Elizabeth Arden, Spas, LLC; Red Door Salons, Inc.; Elizabeth Arden, The Salon; Elizabeth Arden Salon; Red Door Spas Holding; Red Door Spas Holding, Inc..; Elizabeth Arden, red door salon & spa Mario Tricoci; Red Door Spa Chevy Chase; red door spas Elizabeth Arden; Red Door Spas, Washington, D.C.; Mario Tricoci Hair Salons Day Spas; Mario Tricoci Hair Salons & Day Spas, Inc. This includes, but is not limited to, knowledge and production of all supporting records.

3. Elizabeth Arden Salons ownership or other interest and/or relationship with the salon and spa business operated at 5225 Wisconsin, Avenue, NW, Washington, D.C. 20015 and records supporting such interests or relationships.

4. Elizabeth Arden Salons employer or other relationship with persons working at salon and spa business operated at 5225 Wisconsin, Avenue, NW, Washington, D.C. 20015 and records supporting such relationships.

5. Any written employment contracts given to and ratified by persons working at salon and spa business operated at 5225 Wisconsin, Avenue, NW, Washington, D.C. 20015 and all supporting records.

6. All relationships, including but not limited to employment relationships, between Red Door Spas and Erwin Gomez, Valerie Carrasquillo, Valerie La Faye, Nia Cooper, Nina Cooper, Mata Keo, Tia Rice, Teneisha Rice, Angela Keo and records supporting such relationships.

7. Any written employment contracts with Erwin Gomez, Valerie Carrasquillo, Valerie La Faye, Nia Cooper, Nina Cooper, Mata Keo, Tia Rice, Teneisha Rice, Angela Keo and copies of the same.

8. Any and all compensation paid to all employees working at the salon and spa located at 5225 Wisconsin, Avenue, NW, Washington, D.C. 20015 including Erwin Gomez, Valerie Carrasquillo, Valerie La Faye, Nia Cooper, Nina Cooper, Mata Keo, Tia Rice, Teneisha Rice, Angela Keo and all supporting records.

9. All customer and client data, lists, mailing lists and records generally, for the salon and spa located at 5225 Wisconsin, Avenue, NW, Washington, D.C. 20015, including, but not limited to, all such information and data related to the customers and clients of Erwin Gomez, Valerie Carrasquillo, Valerie La Faye, Nia Cooper, Nina Cooper, Mata Keo, Tia Rice, Teneisha Rice, Angela Keo and all supporting records.

10. All policies, practices, security procedures, and access controls for proprietary customer/client data responsive to item no. 9.

11. All persons with access to customer/client data etc. responsive to item no. 9 between January 1, 2005 and December 31, 2005 and all accesses made by such persons including times and dates, materials accessed, and materials printed out and supporting records.

12. All persons working at 5225 Wisconsin Avenue, NW, Washington, D.C. 20015 who were required to sign the "internal offer of employment with Red Door Spas, LLC in technical position" (GOP11493-4), between December 1, 2004 and June 31, 2005 including the dates of said signing by these persons.

13. All knowledge related to any and all responsive documents.

Respectfully submitted,

Shaffer, Bock & Antonoplos, PLLC

_____
Mark Shaffer (DC Bar No. 346940)
1211 Connecticut Avenue, NW
Suite 400
Washington, D.C. 20036
Tel (202)223-3210/Fax (202)223-3211
Counsel for Defendants

## Certificate of Service

I hereby certify that on this third (3rd) day of August, 2006, I did serve a copy of the above Notice of Deposition via first class mail on:

Stephanie J. Quincy
Robert Vaught
1850 North Central Avenue, Suite 500
Phoenix, AZ 85004

Joel L. Green
1700 Pennsylvania Avenue NW
Suite 500
Washington, D.C. 20006

_____
Joshua F. Stubbins

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Red Door Salons Inc., <br><br> Plaintiff, <br><br> v. <br><br> Erwin Gomez, an individual <br> James Packard-Gomez, an individual <br> GoPac Industries Inc. d/b/a Erwin Gomez <br> Salon and Spa, a Maryland Corporation <br><br> Defendants. | ) <br> ) <br> ) CA No. 1:06CV00286 (GK) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF TAKING OF DEPOSITION UNDER ORAL EXAMINATION
UNDER RULE 30 OF THE FEDERAL RULES OF CIVIL PROCEDURE**

To:   Corporate Representative of
      Red Door Spas Holdings, Inc.
      c/o Robert Vaught
      1850 N. Central Avenue
      Suite 500
      Phoenix, Arizona 85004

Pursuant to Federal Rule of Civil Procedure 30(b)(6), please take notice that on August 29, 2006, counsel for Defendants GoPac Industries, Inc., Erwin Gomez, and James Packard-Gomez will take the deposition by oral examination of the Defendant Red Door Spas Holdings, Inc. ("Red Door Spas") at the offices located at 1211 Connecticut Avenue, NW, Suite 400, Washington, D.C. The deposition will commence at 9 a.m. A duly authorized court reporter shall administer the oath and record the deposition by stenographic means.

Red Door Spas is required pursuant to Federal Rule 30(b)(6) to designate one or more officers, directors, or managing agents or other persons who consent to testify on behalf of Red Door Spas about the following:

1. The corporate history of Red Door Spas Holding, Inc. ("Red Door Spas"), including, but not limited to, all relevant transactions and formations, dates and supporting records.

2. The corporate, partnership, parent/subsidiary, holding, relationship(s) of Red Door Spas in relation to: Red Door Salon and Spa; Red Door Spas; Red Door Spas, Inc.; Elizabeth Arden; Elizabeth Arden, Spas, LLC; Red Door Salons, Inc.; Elizabeth Arden, The Salon; Elizabeth Arden Salon; Elizabeth Arden Salons, Inc.; Elizabeth Arden, red door salon & spa Mario Tricoci; Red Door Spa Chevy Chase; red door spas Elizabeth Arden; Red Door Spas, Washington, D.C.; Mario Tricoci Hair Salons Day Spas; Mario Tricoci Hair Salons & Day Spas, Inc. This includes, but is not limited to, knowledge and production of all supporting records.

3. Red Door Spas ownership or other interest and/or relationship with the salon and spa business operated at 5225 Wisconsin, Avenue, NW, Washington, D.C. 20015 and records supporting such interests or relationships.

4. Red Door Spas employer or other relationship with persons working at salon and spa business operated at 5225 Wisconsin, Avenue, NW, Washington, D.C. 20015 and records supporting such relationships.

5. Any written employment contracts given to and ratified by persons working at salon and spa business operated at 5225 Wisconsin, Avenue, NW, Washington, D.C. 20015 and all supporting records.

6.  All relationships, including but not limited to employment relationships, between Red Door Spas and Erwin Gomez, Valerie Carrasquillo, Valerie La Faye, Nia Cooper, Nina Cooper, Mata Keo, Tia Rice, Teneisha Rice, Angela Keo and records supporting such relationships.

7.  Any written employment contracts with Erwin Gomez, Valerie Carrasquillo, Valerie La Faye, Nia Cooper, Nina Cooper, Mata Keo, Tia Rice, Teneisha Rice, Angela Keo and copies of the same.

8.  Any and all compensation paid to all employees working at the salon and spa located at 5225 Wisconsin, Avenue, NW, Washington, D.C. 20015 including Erwin Gomez, Valerie Carrasquillo, Valerie La Faye, Nia Cooper, Nina Cooper, Mata Keo, Tia Rice, Teneisha Rice, Angela Keo and all supporting records.

9.  All customer and client data, lists, mailing lists and records generally, for the salon and spa located at 5225 Wisconsin, Avenue, NW, Washington, D.C. 20015, including, but not limited to, all such information and data related to the customers and clients of Erwin Gomez, Valerie Carrasquillo, Valerie La Faye, Nia Cooper, Nina Cooper, Mata Keo, Tia Rice, Teneisha Rice, Angela Keo and all supporting records.

10. All policies, practices, security procedures, and access controls for proprietary customer/client data responsive to item no. 9.

11. All persons with access to customer/client data etc. responsive to item no. 9 between January 1, 2005 and December 31, 2005 and all accesses made by such persons including times and dates, materials accessed, and materials printed out and supporting records.

12. All persons working at 5225 Wisconsin Avenue, NW, Washington, D.C. 20015 who were required to sign the "internal offer of employment with Red Door Spas, LLC in technical position" (GOP11493-4), between December 1, 2004 and June 31, 2005 including the dates of said signing by these persons.

13. All knowledge related to any and all responsive documents.

Respectfully submitted,

Shaffer, Book & Antonoplos, PLLC

_____
Mark Shaffer (DC Bar No. 346940)
1211 Connecticut Avenue, NW
Suite 400
Washington, D.C. 20036
Tel (202)223-3210/Fax (202)223-3211
Counsel for Defendants

## Certificate of Service

I hereby certify that on this third (3rd) day of August, 2006, I did serve a copy of the above Notice of Deposition via first class mail on:

Stephanie J. Quincy
Robert Vaught
1850 North Central Avenue, Suite 500
Phoenix, AZ 85004

Joel L. Green
1700 Pennsylvania Avenue NW
Suite 500
Washington, D.C. 20006

_____
Joshua F. Stubbins