## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Red Door Salons Inc., )
)
Plaintiff, )  CA No. 1:06CV00286 (GK)
)
v. )
)
Erwin Gomez, an individual )
James Packard-Gomez, an individual )
GoPac Industries Inc. d/b/a Erwin Gomez )
Salon and Spa, a Maryland Corporation )
)
Defendants )
)

### INTERLINEATION OF DEFENDANTS' JOINT MOTION
### FOR THIS COURT'S ORDER COMPELLING DISCOVERY
### AND FOR EXPENSES AND SANCTIONS

COMES NOW, the Defendants, by and through undersigned

counsel and hereby provides the Honorable Court with this

interlineation to correct an inadvertent error in the

numbering of the exhibits to Defendants its Joint Motion

for this Court's Order Compelling Discovery and for

Expenses and Sanctions filed on Aug 23, 2006.

Specifically, mislabeled Exhibits 1, 2, 3, and 4

during electronic filing in a manner that did not

correspond with the citations in the Memorandum of Points

and Authority. The Exhibit cited as Exhibit 4 in the

Memorandum was filed as Exhibit 1. The Exhibit cited as

1

Exhibit 1 in the Memorandum was filed as Exhibit 2.  The

Exhibit cited as Exhibit 2 in the Memorandum was filed as

Exhibit 3.  The Exhibit cited as Exhibit 3 in the

Memorandum was filed as Exhibit 4.  All numbered and

correlated Exhibits are attached hereto.


Dated:    August 25, 2006



                    Respectfully submitted,

                    SHAFFER, BOCK & ANTONOPLOS, PLLC

                    /s/ Mark L. Shaffer
                    Mark L. Shaffer, D.C. Bar No.
                        346940
                    1211 Connecticut Avenue, NW
                    Suite 400
                    Washington, D.C. 20036
                    202.223.3210

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of August, 2006, I electronically transmitted the foregoing to the Clerk's office using the CM/ECF System for filing. Copies of the foregoing have been sent this date using the CM/ECF System to the following:

Stephanie J. Quincy
Robert Vaught
Robert Youle
1850 North Central Avenue, Suite 500
Phoenix, AZ 85004

Joel L. Green
1700 Pennsylvania Avenue NW
Suite 500
Washington, D.C. 20006

s/ Mark L. Shaffer
Mark L. Shaffer
Shaffer, Bock &
Antonoplos, PLLC
1211 Connecticut Avenue,
N.W.
Suite 400
Washington, D.C. 20036
Tel: (202) 223-3210
Fax: (202) 223-3211