## Mark Shaffer

**From:** Mark Shaffer [shaffer@shafferbockanton.com]
**Sent:** Wednesday, June 14, 2006 12:04 PM
**To:** 'Vaught, Robert G.'
**Subject:** RE: Red Door v. Gomez

Will have proposed RD dep schedule today.
Will have notice of defendant depos tomorrow.
Will have discovery exception conference letter to you tomorrow or Friday.

---

**From:** Vaught, Robert G. [mailto:rvaught@sah.com]
**Sent:** Tuesday, June 13, 2006 5:22 PM
**To:** Mark Shaffer
**Cc:** QUINCY, Stephanie
**Subject:** RE: Red Door v. Gomez

Mark -

Thank you for your e-mail. Yes, Plaintiff will agree to disclose documents withheld pending the protective order after the parties agree to the specific language, and file the proposed Order with the Court.

We are also happy to try and schedule staff depositions (Valerie Carrasquillo, Mata Keo, Angela Keo, Tia Rice, and Nia Cooper) on Mondays, but would like to depose Mr. Gomez and Mr. Packard-Gomez on July 6-7; 11-14 or 17-20.

Best regards -

Robert G. Vaught
Sherman & Howard, L.L.C.
1850 N. Central Avenue, Suite 500
Phoenix, AZ 85004
direct dial (602) 636-2036
main line (602) 636-2000
fax (602) 234-7979
email: rvaught@sah.com

CONFIDENTIALITY NOTICE

This electronic mail transmission and any attachments contain information belonging to the sender which may be confidential and legally privileged. This information is intended only for the use of the individual or entity to whom this electronic mail transmission was sent as indicated above. If you are not the intended recipient, any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this transmission is strictly prohibited. If you have received this transmission in error, please immediately inform me by "reply" email and delete the message. Thank you.

---

**From:** Mark Shaffer [mailto:shaffer@shafferbockanton.com]
**Sent:** Tuesday, June 13, 2006 11:10 AM
**To:** Vaught, Robert G.

8/16/2006

**Subject:** Red Door v. Gomez

Robert,

1. Received copy of RD response to RPD and answers to Interrogs by Fed Ex overnight this morning. This p.m. also received copy originally transmitted by USPS and mailed June 8. Thank you.

2. We are doing final cleaning of stipulated protective order and will forward today.

3. Please advise whether plaintiff will agree to serve documents withheld pending protective order upon ratification and filing but before court signing.

4. Obviously both sides will take exceptions to discovery response. We will have ours to you by end of week in letter form. Please do the same. We should try to resolve where possible before depos so we can conduct them effectively.

5. Working with clients to set deposition schedule on July dates offered. Stephanie stated in TC yesterday that she would agree to modify proposed dates to include Mondays, where possible, i.e., add July 10 to July 11-14. Please confirm today by tomorrow a.m. Will have schedule dates for you by COB tomorrow.

Mark

8/16/2006