UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Red Door Salons Inc.,

            Plaintiff,

v.

Erwin Gomez, an individual,
James Packard-Gomez, an individual,
GoPac Industries Inc. d/b/a Erwin Gomez
Salon and Spa, a Maryland Corporation,

            Defendants.

Civil Action No. 1:06CV00286(GK)

## NOTICE REGARDING EFFORTS TO CONDUCT PRIVATE MEDIATION

Pursuant to the Court's August 1, 2006 Order, Plaintiff Red Door Salons, Inc. (hereinafter, "Plaintiff") hereby advises the Court regarding its efforts to engage a private mediator to attempt to resolve this case. To date, the parties have not been able to agree to conduct a private mediation.

On August 1, 2006, Plaintiff's counsel sent defense counsel a letter containing a specific settlement offer, and advised that Plaintiff was prepared to discuss private mediation procedures. On August 14, 2006 Plaintiff's counsel sent defense counsel another letter requesting specific dates that Defendants would be able to participate in a private mediation, and also asked Defendants to propose specific mediators.

During telephone discovery conferences with Magistrate Judge Facciola on August 16 and 17, 2006, defense counsel advised that settlement discussions would be premature until defendants had conducted certain depositions, including several Rule 30(b)(6) depositions that Defendants had noticed on August 3, 2006. Plaintiff had objected to Defendants' proposed Rule 30(b)(6) deposition on August 8 and 15, and filed a corresponding Motion for Protective Order on August 24, 2006. Nevertheless, under the supervision of the Magistrate Judge, counsel for

both sides agreed upon a limited schedule for some depositions that the parties will complete before substantive settlement discussions.

On August 21, 2006, counsel for Plaintiff and Defendants discussed potential mediation. Defense counsel again advised that he thought discussion of dispute resolution, including mediation, would be premature pending the completion of additional discovery. That same date, defense counsel sent Plaintiff's counsel a letter containing a specific response to Plaintiff's August 1, 2006 settlement offer.

To date, no steps have been taken to schedule a mediation, settlement conference or other form of alternative dispute resolution.

DATED this 25th day of August, 2006.

SHERMAN & HOWARD, LLC

By _____
Stephanie J. Quincy, Esq. (Admitted Pro Hac Vice)
Robert G. Vaught, Esq. (Admitted Pro Hac Vice)
1850 North Central Ave., Suite 500
Phoenix, Arizona 85004
Telephone: (602) 636-2008
squincy@sah.com

Joel L. Green, Esq. (192682)
Jennings, Strouss & Salmon, P.L.C.
1700 Pennsylvania Ave., N.W., Suite 500
Washington, D.C. 20006
Telephone: (202) 371-9889

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of August, 2006, I electronically transmitted the foregoing to the Clerk's office using the CM/ECF System for filing. Copies of the foregoing have been sent this date using the CM/ECF System to the following:

Mark L. Shaffer, Esq.
SHAFFER, BOCK, & ANTONOPLOS
1211 Connecticut Ave., Suite 400
Washington, D.C. 20036

Attorneys for Defendants

_/s/_