UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Red Door Salons Inc.,

        Plaintiff,

v.

Erwin Gomez, an individual,
James Packard-Gomez, an individual,
GoPac Industries Inc. d/b/a Erwin Gomez
Salon and Spa, a Maryland Corporation,

        Defendants.

Civil Action No. 1:06CV00286(GK)

## JOINT NOTICE OF INTENT TO SETTLE AND STIPULATION TO EXTEND FILING DEADLINES

    Plaintiff Red Door Salons, Inc., and Defendants Erwin Gomez, James Packard-Gomez, and GoPac Industries Inc., d/b/a Erwin Gomez Salon and Spa, hereby notify the Court that on September 1, 2006, the parties, through their undersigned counsel, signed a letter of intent to settle this matter in its entirety. The parties are in the process of memorializing the terms of their settlement agreement, and will file a formal Consent Notice of Voluntary Dismissal with Prejudice thereafter.

    Given their intent to settle this matter, the parties hereby stipulate and agree to extend the deadline to file: 1) Plaintiff's Opposition to Defendants' pending Motion for Order Compelling Discovery and for Expenses and Sanctions, and 2) Defendants' Opposition to Plaintiff's pending Motion for Protective Order, until September 22, 2006. This will give the parties sufficient time to memorialize the terms of their settlement agreement, and file their Consent Notice of Voluntary Dismissal with Prejudice.

DATED this 5th day of September 2006.

                SHERMAN & HOWARD, LLC

By _____
    Stephanie J. Quincy, Esq. (Admitted Pro Hac Vice)
    Robert G. Vaught, Esq. (Admitted Pro Hac Vice)
    1850 North Central Ave., Suite 500
    Phoenix, Arizona 85004
    Telephone: (602) 636-2008
    squincy@sah.com

    Joel L. Green, Esq. (192682)
    Jennings, Strouss & Salmon, P.L.C.
    1700 Pennsylvania Ave., N.W., Suite 500
    Washington, D.C. 20006
    Telephone: (202) 371-9889

    Attorneys for Plaintiff


                SHAFFER, BOCK & ANTONOPLOS, PLLC

By _____
    Mark Shaffer, Esq.
    Josh Stubbins, Esq.
    Shaffer, Bock & Antonoplos, PLLC
    1211 Connecticut Avenue, N.W., Suite 400
    Washington, D.C. 20036

    Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of September, 2006, I electronically transmitted the foregoing to the Clerk's office using the CM/ECF System for filing. Copies of the foregoing have been sent this date using the CM/ECF System to the following:

Mark L. Shaffer, Esq.
SHAFFER, BOCK, & ANTONOPLOS
1211 Connecticut Ave., Suite 400
Washington, D.C. 20036

Attorneys for Defendants