UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Red Door Salons Inc.,<br><br>            Plaintiff,<br>v.<br><br>Erwin Gomez, an individual,<br>James Packard-Gomez, an individual,<br>GoPac Industries Inc. d/b/a Erwin Gomez<br>Salon and Spa, a Maryland Corporation,<br><br>            Defendants. | **Civil Action No. 06-286(GK/JMF)** |

## ORDER

The Court, having considered the parties' Joint Notice of Intent to Settle and Stipulation to Extend Filing Deadlines, and good cause appearing, it is hereby

**ORDERED** that the deadline to file: 1) Plaintiff's Opposition to Defendants' pending Motion for Order Compelling Discovery and for Expenses and Sanctions, and 2) Defendants' Opposition to Plaintiff's pending Motion for Protective Order, is hereby extended to September 22, 2006.

DATED this _____ day of September, 2006.

_____
Gladys Kessler
United States Magistrate Judge