UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Red Door Salons Inc., <br><br> Plaintiff, <br> v. <br><br> Erwin Gomez, an individual, <br> James Packard-Gomez, an individual, <br> GoPac Industries Inc. d/b/a Erwin Gomez Salon and Spa, a Maryland Corporation, <br><br> Defendants. | Civil Action No. 1:06CV00286(GK) |

## CONSENT MOTION FOR PERMISSION TO FILE DOCUMENT UNDER SEAL

Plaintiff Red Door Salons, Inc., (hereinafter "Red Door") respectfully asks the Court for permission to file the following document under seal: "Consent Motion to Dismiss with Prejudice." The parties to this action have reached settlement and signed a confidential settlement agreement. The settlement agreement will be attached as an exhibit to the Consent Motion to Dismiss which is why Plaintiff seeks permission to file that document under seal.

Counsel for Red Door have conferred with counsel for Defendants regarding this Motion, and they have given their consent.

DATED this 5th day of October, 2006.

                SHERMAN & HOWARD, LLC

      By _____
                Stephanie J. Quincy, Esq. (Admitted Pro Hac Vice)
                Robert G. Vaught, Esq. (Admitted Pro Hac Vice)
                1850 North Central Ave., Suite 500
                Phoenix, Arizona 85004
                Telephone: (602) 636-2008
                squincy@sah.com


                Joel L. Green, Esq. (192682)
                Jennings, Strouss & Salmon, P.L.C.
                1700 Pennsylvania Ave., N.W., Suite 500
                Washington, D.C. 20006
                Telephone: (202) 371-9889

                Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of October, 2006, I electronically transmitted the foregoing to the Clerk's office using the CM/ECF System for filing. Copies of the foregoing have been sent this date using the CM/ECF System to the following:

Mark L. Shaffer, Esq.
SHAFFER, BOCK, & ANTONOPLOS
1211 Connecticut Ave., Suite 400
Washington, D.C. 20036

Attorneys for Defendants

_____