UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Red Door Salons Inc.,<br><br>　　　　　　　Plaintiff,<br>v.<br><br>Erwin Gomez, an individual,<br>James Packard-Gomez, an individual,<br>GoPac Industries Inc. d/b/a Erwin Gomez<br>Salon and Spa, a Maryland Corporation,<br><br>　　　　　　　Defendants. | Civil Action No. 06-286(GK/JMF) |

## ORDER

Pursuant to the Consent Motion for Permission to File Document Under Seal filed by Plaintiff Red Door Salons, Inc., and good cause appearing,

IT IS HEREBY ORDERED that Plaintiff is granted permission to file the following document under seal: "Consent Motion to Dismiss with Prejudice."

DATED this _____ day of _____, 2006.

_____
Gladys Kessler
United States District Judge