# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Red Door Salons Inc.,

                    Plaintiff,

v.

Erwin Gomez, an individual,
James Packard-Gomez, an individual,
GoPac Industries Inc. d/b/a Erwin Gomez
Salon and Spa, a Maryland Corporation,

                    Defendants.

**Civil Action No. 1:06CV00286(GK)**

## NOTICE REGARDING FILING OF SEALED MATERIAL

Notice is given that on October 11, 2006, Plaintiff Red Door Salons, Inc. filed a Sealed

Document in paper format with the Court. This document is not available for public viewing.

DATED this 11th day of October, 2006.

               **SHERMAN & HOWARD, LLC**

               By _____
               Stephanie J. Quincy, Esq. (Admitted Pro Hac Vice)
               Robert G. Vaught, Esq. (Admitted Pro Hac Vice)
               1850 North Central Ave., Suite 500
               Phoenix, Arizona  85004
               Telephone:  (602) 636-2008
               squincy@sah.com

               Joel L. Green, Esq. (192682)
               Jennings, Strouss & Salmon, P.L.C.
               1700 Pennsylvania Ave., N.W., Suite 500
               Washington, D.C.  20006
               Telephone:  (202) 371-9889

               Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of October, 2006, I electronically transmitted the foregoing to the Clerk's office using the CM/ECF System for filing.  Copies of the foregoing have been sent this date using the CM/ECF System to the following:

Mark L. Shaffer, Esq.
SHAFFER, BOCK, & ANTONOPLOS
1211 Connecticut Ave., Suite 400
Washington, D.C.  20036

Attorneys for Defendants