## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Red Door Salons Inc.,

               Plaintiff,

v.

Erwin Gomez, an individual,
James Packard-Gomez, an individual,
GoPac Industries Inc. d/b/a Erwin Gomez
Salon and Spa, a Maryland Corporation,

               Defendants.

Civil Action No. 1:06CV00286(GK)

## CONSENT MOTION TO DISMISS WITH PREJUDICE

Plaintiff Red Door Salons, Inc., (hereinafter "Red Door") respectfully asks the Court to enter its Order dismissing the above-entitled and numbered action with prejudice, all parties to bear their own costs and attorneys' fees. Red Door also respectfully asks the Court to favorably entertain any Motion filed by a party seeking to reopen this matter for the sole purpose of enforcement of the terms of the parties' Settlement Agreement and Mutual Release and/or remedy of a breach thereof. The Court's treatment of such a motion would be governed by the terms of the parties' Settlement Agreement and Mutual Release.

Counsel for Red Door have conferred with counsel for Defendants regarding this Motion, and they have given their consent.

WHEREFORE, Red Door request that the Court enter its Order dismissing this action in the form attached hereto.

DATED this _____ day of October, 2006.

**SHERMAN & HOWARD, LLC**

By _____

Stephanie J. Quincy, Esq. (Admitted Pro Hac Vice)
Robert G. Vaught, Esq. (Admitted Pro Hac Vice)
1850 North Central Ave., Suite 500
Phoenix, Arizona  85004
Telephone:  (602) 636-2008
squincy@sah.com


Joel L. Green, Esq. (192682)
Jennings, Strouss & Salmon, P.L.C.
1700 Pennsylvania Ave., N.W., Suite 500
Washington, D.C.  20006
Telephone:  (202) 371-9889

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this ___18th___ day of October, 2006, I electronically transmitted the foregoing to the Clerk's office using the CM/ECF System for filing.  Copies of the foregoing have been sent this date using the CM/ECF System to the following:

Mark L. Shaffer, Esq.
SHAFFER, BOCK, & ANTONOPLOS
1211 Connecticut Ave., Suite 400
Washington, D.C.  20036

Attorneys for Defendants