UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Red Door Salons Inc.,<br><br>          Plaintiff,<br>v.<br><br>Erwin Gomez, an individual,<br>James Packard-Gomez, an individual,<br>GoPac Industries Inc. d/b/a Erwin Gomez<br>Salon and Spa, a Maryland Corporation,<br><br>          Defendants. | **Civil Action No. 06-286(GK/JMF)** |

## ORDER

Pursuant to the Consent Motion for Dismissal with Prejudice filed by Plaintiff Red Door Salons, Inc., and good cause appearing,

IT IS HEREBY ORDERED that the above-entitled and numbered action is dismissed with prejudice, all parties to bear their own costs and attorneys' fees. Pursuant to the terms of the parties' Settlement Agreement and Mutual Release, the Court will favorably entertain any motion filed by a party seeking to reopen this matter for the sole purpose of enforcement of the terms of the parties' Settlement Agreement and Mutual Release and/or remedy of a breach thereof.

DATED this _____ day of _____, 2006.

_____
Gladys Kessler
United States District Judge